UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA e*x rel.,* | § | No. 5:22-cv-593-DAE |
| CHARLES TERRENCE BRUFF, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| USAA INSURANCE AGENCY, INC., | § | |
| CAREMARK RX, LLC, OPTUMRX, INC., | § | |
| and EXPRESS SCRIPTS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States has notified the Court of its decision declining to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). (Dkt. # 24.) It is therefore **ORDERED** that:

1.     the Complaint be unsealed and served upon the defendants by the relator;

2.     all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except this Order and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the Complaint;

3.     the seal be lifted as to all other matters occurring in this action after the date of this Order;

4.     the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and the United States may order any deposition transcripts;

1

5.   the United States is entitled to intervene in this action, for good cause, at any time;

6.   the parties shall serve all notices of appeal upon the United States;

7.   all orders of this Court shall be sent to the United States; and that

8.   should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

The Clerk is **INSTRUCTED** to unseal the Complaint (Dkt. # 5) and the Government's Notice.  (Dkt. # 24.)  The Clerk is further **INSTRUCTED** to lift the seal as to all matters in this action occurring after the date of this Order.  All other contents in this action shall remain under seal unless further ordered by the Court.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, February 27, 2025.

_____
David Alan Ezra
Senior United States District Judge