# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

**UNITED STATES OF AMERICA ex rel.**
**CHARLES TERRENCE BRUFF,**
**Plaintiffs**

**-vs-**

**Case No.:** 5:22-cv-00593-DAE

**USAA INSURANCE AGENCY, INC.,**
**CAREMARK RX, LLC, OPTUMRX, INC., and**
**EXPRESS SCRIPTS, INC.**

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **FRANCESCO ZINCONE**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent **CHARLES TERRENCE BRUFF** in this case, and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

**ARMAS BERTRAN ZINCONE**,

with offices at

Mailing address: **4960 SW 72nd AVE., SUITE 206**

City, State, Zip Code: **MIAMI, FL 33155**

Telephone: **(401) 598-6594**

Facsimile:

Email: **fzincone@armaslaw.com**

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: **CAMERON HANSEN**

Mailing address: **1011 SAN JACINTO BLVD., SUITE 401**

City, State, Zip Code: **AUSTIN, TX 78701**

Telephone: **512-271-5527**

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____ **FRANCESCO ZINCONE** _____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____ **FRANCESCO ZINCONE** _____
[printed name of Applicant]

_____
[signature of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **5th** day of _____ **March** _____ , ___ **2025** ___ .

_____ **FRANCESCO ZINCONE** _____
[printed name of Applicant]

_____
[signature of Applicant]

UNITED STATES OF AMERICA ex rel.
CHARLES TERRENCE BRUFF,

~~Plaintiff.~~

-vs-

USAA INSURANCE AGENCY, INC.,
CAREMARK RX, LLC, OPTUMRX, INC., and
EXPRESS SCRIPTS, INC.

Case No.  5:22-cv-00593-DAE

## O R D E R

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ___FRANCESCO ZINCONE___ ("Applicant"), counsel for ___CHARLES TERRENCE ⊞___ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ___CHARLES TERRENCE ⊞___ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE