**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**UNITED STATES OF AMERICA ex rel.**
**CHARLES TERRENCE BRUFF,**

~~Plaintiff,~~
-vs-

Case No. 5:22-cv-00593-DAE

**USAA INSURANCE AGENCY, INC.,**
**CAREMARK RX, LLC, OPTUMRX, INC., and**
**EXPRESS SCRIPTS, INC.**

**O R D E R**

BE IT REMEMBERED on this the ___7th___ day of ___March___, 20_25_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ___J. ALFREDO ARMAS___ ("Applicant"), counsel for ___CHARLES TERRENCE_+_ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ___CHARLES TERRENCE_+_ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ___7th___ day of ___March___ 20_25_.

_____
David Alan Ezra
Senior United States District Judge