UNITED STATES OF AMERICA ex rel.
CHARLES TERRENCE BRUFF,

Plaintiffs,

-vs-

Case No. 5:22-cv-00593-DAE

USAA INSURANCE AGENCY, INC.,
CAREMARK RX, LLC, OPTUMRX, INC., and
EXPRESS SCRIPTS, INC.

## O R D E R

BE IT REMEMBERED on this the __7th__ day of __March__, 20 25 , there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __FRANCESCO ZINCONE__ ("Applicant"), counsel for __CHARLES TERRENCE__ 🔢 and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __CHARLES TERRENCE__ 🔢 in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __7th__ day of __March__ 20 25 .

David Alan Ezra
Senior United States District Judge