IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA *ex rel.*, CHARLES TERRENCE BRUFF, Plaintiff, BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA | § § § § § § § § § § | |
| c/o Hon. Ashley C. Hoff United States Attorney Western District of Texas 601 NW Loop 410, Ste. 600 San Antonio, TX 78216 | § § § § § § | CASE NO. 5:22-cv-593 |
| and Hon. Merrick Garland Attorney General of the United States United States Department of Justice 950 Pennsylvania Avenue NW Washington, D.C. 20530-0001 | § § § § § § § § | |
| -v- | § § | |
| USAA INSURANCE AGENCY, INC., CAREMARK RX, L.L.C., OPTUMRX, INC, EXPRESS SCRIPTS, INC. Defendants. | § § § § | |

---

PLAINTIFF'S MOTION TO WITHDRAW COLIN WALSH AS ATTORNEY OF RECORD

---

Cameron D. Hansen and Colin Walsh, as attorneys' of record for Plaintiff, file this Motion

to Withdraw Colin Walsh as Counselor and in support thereof state as follows:

Plaintiff's attorneys respectfully request that Colin Walsh be permitted to withdraw as

associate counsel of record because Mr. Walsh is no longer with Rob Wiley, P.C. Cameron hansen

will still serve as local counsel, along with Eduardo Bertran, Francesco Zincone, and J. Alredo Armas.

Based on the foregoing, Plaintiff's counselors believe they can demonstrate good cause to withdraw Colin Walsh from this case and respectfully requests that the Court enter an order permitting only Colin Walsh to withdraw from the representation of Plaintiff.

Respectfully Submitted:

**/s/ Cameron D. Hansen**_____
**Cameron D. Hansen**
Texas Bar No. 24145047

**LAW OFFICE OF ROB WILEY, P.C.**
1011 San Jacinto Blvd.
Suite 401
Austin, TX 78701
Telephone:  (214) 528-6500
Facsimile:  (214) 528-6500
chansen@robwiley.com

**ATTORNEYS FOR PLAINTIFF**