**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *ex rel.* CHARLES TERRENCE BRUFF, | § | |
| | § | Civil Action No. 5:22-cv-593-DAE |
| *Plaintiff-Relator*, | § | |
| v. | § | |
| | § | |
| USAA INSURANCE AGENCY, INC., *et al.* | § | |
| | § | |
| Defendants. | § | |

---

**DEFENDANT UNITED SERVICES AUTOMOBILE ASSOCIATION'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant United Services Automobile Association ("USAA"), improperly named in the Complaint as USAA Insurance Agency, Inc., states that USAA is a reciprocal interinsurance exchange organized under Texas law. USAA has no parent corporation and no publicly-traded corporation owns 10% or more of its stock.

Dated: June 30, 2025

Respectfully submitted:

**McGLINCHEY STAFFORD, PLLC**

By: *T. Dylan Reeves*
T. Dylan Reeves
Texas Bar No. 24070483
6688 N Central Expwy., Ste. 400
Dallas, Texas 75206
Phone: 615-762-9050
Email: dreeves@mcglinchey.com

By: *Megan S. Ben'Ary*
Megan S. Ben'Ary
*Pro Hac Vice Application Forthcoming*
Virginia Bar No. 47439
1275 Pennsylvania Ave. NW, Ste. 420
Washington, DC 20004
Phone: 202-802-9949
Email: mbenary@mcglinchey.com

Will Wojcik
*Pro Hac Vice Application Forthcoming*
Tennessee Bar No. 033634
333 Commerce St., Ste. 1425
Nashville, TN 37201
Phone: 615-762-9048
Email: wwojcik@mcglinchey.com

Morgan E. Kelley
*Pro Hac Vice Application Forthcoming*
Louisiana Bar No. 38299
601 Poydras St., Ste. 1200
New Orleans, LA 70130
Phone: 504-596-2755
Email: mkelley@mcglinchey.com

*Attorneys for Defendant USAA*

## CERTIFICATE OF SERVICE

I certify that on June 30, 2025, a copy of this filing was served on counsel of record through the Court's electronic filing system.

*/s/ T. Dylan Reeves*
T. Dylan Reeves