UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

THE UNITED STATES OF AMERICA ex rel.,
CHARLES TERRENCE BRUFF,
vs.                                                                    Case No.: 5:22-cv-593
USAA INSURANCE AGENCY, INC.,et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _____William G. Wojcik_____, counsel for

United Services Automobile Association, improperly named as USAA Insurance Agency, Inc.

and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_____ William G. Wojcik _____ may appear on behalf of United Services Automobile

Association, improperly named as USAA Insurance Agency, Inc.  in the above case.

IT IS FURTHER ORDERED that __William G. Wojcik __, if he/she has not already done so,

shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in

compliance with Local Court Rule AT-I(f)(2).

SIGNED this the _____ day of _____July_____, 20_25_ .


_____
UNITED STATES DISTRICT JUDGE