**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
SAN ANTONIO DIVISION

THE UNITED STATES OF AMERICA ex rel.,
CHARLES TERRENCE BRUFF,
vs.                                                          Case No.:  5:22-cv-593
USAA INSURANCE AGENCY, INC., et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____Megan S. Ben'Ary_____ , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District o

fTexas pro hac vice to represent United Services Automobile Association, improperly named as USAA Insurance Agency, Inc.

in this case, and would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)
McGlinchey Stafford PLLC with offices at:

Mailing address: 1275 Pennsylvania Ave. NW, Ste. 420

City, State, Zip Code:  Washington, DC  20004

Telephone: 202-802-9949        Facsimile: 202-217-2215

2.    Since 2001 , Applicant has been and presently is a

member of and in good standing with the Bar of the State of Virginia .

Applicant's bar license number is 47439 .

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| U.S. Supreme Court | 5/13/2019 |
| U.S.D.C. for the District of Columbia | 9/12/2005 |
| U.S. .Court of Appeals for Fourth Circ. | 9/13/2007 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.  I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

    N/A

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    N/A

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

    Yes

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:  T. Dylan Reeves

Mailing address:  6688 N. Central Expressway, Suite 400

City, State, Zip Code:  Dallas, TX  75206

Telephone:  214-445-2445

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Megan S. Ben'Ary to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Megan S. Ben'Ary
[printed name of Applicant]

*Megan S. Ben'Ary*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the  1st  day of  July , 2025 .

Megan S. Ben'Ary
[printed name of Applicant]

*Megan S. Ben'Ary*
[signature of Applicant]