UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION
CASE NO.: 5:22-cv-593-DAE

UNITED STATES OF AMERICA *ex rel.*
CHARLES TERRENCE BRUFF,
    *Plaintiff-Relator*,

v.

USAA INSURANCE AGENCY, INC., *et al.*,
    *Defendants*.

_____

## RELATOR'S NOTICE OF INTENT TO FILE AMENDED COMPLAINT IN RESPONSE TO USAA'S FIRST MOTION TO DISMISS [EFC 37] PURSUANT TO LOCAL RULE CV-15

Pursuant to Local Rule CV-15, Relator hereby gives notice that in response to Defendant USAA's First Motion to Dismiss filed on June 30, 2025, Relator will amend the Complaint. This will be Relator's first amendment of his pleading.

Dated: July 14, 2025.
                                 Respectfully submitted,


By: */s/ Cameron D. Hansen*
Cameron Hansen
TX Bar No. 24145047
MN Bar No. 402683
Rob Wiley, P.C.
1011 San Jacinto Blvd
Suite 401
Austin, TX 78701
chansen@robwiley.com
512-271-5527


By: */s/ Ryan H. Susman*
Ryan H. Susman,
Fla. Bar No. 1010444
rsusman@armaslaw.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 14, 2025, the foregoing document was e-filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of filing to counsel of record.