# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF, | § § § § | |
| *Plaintiff-Relator*, | § § | |
| v. | § § § | Civil Action No. 5:22-cv-593-DAE |
| USAA INSURANCE AGENCY, INC., *et al.*, | § § § § § | |
| *Defendants*. | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO RELATOR'S COMPLAINT

Defendant OptumRx, Inc. ("Optum"), without waiving any defenses, moves the Court to vacate the current deadline by which Optum is required to answer, move, or otherwise respond to Relator's Complaint, and to extend the deadline by which Optum must answer, move, or otherwise respond to Relator's forthcoming Amended Complaint. In support of its Motion, Optum shows the Court the following:

1. Relator Charles Terrence Bruff ("Relator") filed his Complaint against Optum and Co-Defendants under seal on or about June 9, 2022 (Dkt. 5).

2. The Government declined to intervene on or about February 11, 2025 (Dkt. 24). The Court unsealed Relator's Complaint and ordered the Complaint to be served on the Defendants (Dkt. 25).

3. On May 21, 2025, Relator requested that Optum waive service, and Optum executed a waiver of service on May 28, 2025 (Dkt. 35), making Optum's deadline to respond to Relator's Complaint sixty (60) days from May 21, 2025, or July 21, 2025, after accounting for the weekend. *See* Fed. R. Civ. P. 6(a)(C).

4. On June 30, 2025, Co-Defendant, United Services Automobile Association ("USAA") filed its Motion to Dismiss (Dkt. 37). In response to USAA's Motion to Dismiss, on July 14, 2025, Relator filed a Notice of Intent to amend his Complaint (Dkt. 45). Under Local Rule CV-15, Relator's Amended Complaint would be due twenty-one (21) days after USAA's Motion to Dismiss was filed, or July 21, 2025.

5. Because Optum's deadline to respond to Relator's Complaint, and Relator's deadline to file his Amended Complaint are both due on the same date – July 21, 2025, and Realtor's filing of his Amended Complaint will moot Optum's response to Relator's Complaint, Optum respectfully requests that the Court enter an Order vacating Optum's deadline to respond to Relator's Complaint, and setting an appropriate deadline for Optum to respond to the forthcoming Amended Complaint.

6. Specifically, Optum requests that the Court set Optum's deadline to answer, move, or otherwise respond to Relator's forthcoming Amended Complaint for sixty (60) days after the Amended Complaint is filed, through and including September 19, 2025.

7. Counsel for Optum have conferred with counsel for Relator via telephone and counsel for Relator advised that Relator does not oppose the relief requested in this Motion.

WHEREFORE, Defendant Optum respectfully moves the Court to vacate Optum's current deadline to respond to Relator's Complaint, and set the deadline for Optum to answer, move, or otherwise respond to Relator's Complaint for September 19, 2025.

Dated:  July 17, 2025

Respectfully submitted,

*/s/ Eliot T. Burriss*

Eliot T. Burriss
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500
eli.burriss@faegredrinker.com


Henry P. Van Dyck (*pro hac vice* forthcoming)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5251
henry.vandyck@faegredrinker.com

Antonio M. Pozos (*pro hac vice* forthcoming)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-3327
antonio.pozos@faegredrinker.com

*Attorney for OptumRx, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant spoke to counsel for Relator via telephone to discuss the relief requested in the Motion and counsel for Relator advised that Relator does not oppose the relief requested in this Motion.  As a result, the Motion is unopposed.

*/s/ Eliot T. Burriss*
Eliot T. Burriss

## CERTIFICATE OF SERVICE

I certify that on July 17, 2025, a copy of the foregoing document was filed electronically via the Court's ECF filing system, which will send notice of this filing to all counsel of record.

/s/ *Eliot T. Burriss*
Eliot T. Burriss