**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF, | ) ) ) | |
| *Plaintiff-Relator*, | ) ) | |
| v. | ) ) | Civil Action No. 5:22-cv-593-DAE |
| USAA INSURANCE AGENCY, INC., *et al.*, | ) ) ) ) | |
| *Defendants*. | ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

Before the Court is Defendant OptumRx, Inc.'s ("Optum's") Motion for Extension of Time to Answer, Move, or Otherwise Respond to Relator's Complaint (the "Motion"). After consideration of the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Optum's deadline to answer, move, or otherwise respond to Relator's Complaint (Dkt. 5) is vacated; and

**IT IS FURTHER ORDERED** that Defendant Optum's deadline to answer, move, or otherwise respond to Relator's forthcoming Amended Complaint is extended up to and including September 19, 2025.

_____
UNITED STATES DISTRICT JUDGE