# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF, | § § § | |
| *Plaintiff-Relator*, | § § § | |
| v. | § § | Civil Action No. 5:22-cv-593-DAE |
| USAA INSURANCE AGENCY, INC., *et al.* | § § § § | |
| *Defendants*. | § | |

## NOTICE OF APPEARANCE OF ELIOT T. BURRISS

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

Please take notice that Eliot Burriss of Faegre Drinker Biddle & Reath LLP represents OptumRx, Inc., along with Antonio M. Pozos and Henry P Van Dyck of Faegre Drinker Biddle & Reath LLP, and hereby enters his appearance as counsel for Defendant OptumRx, Inc. in this action.

Dated: July 17, 2025

Respectfully submitted,

*/s/ Eliot T. Burriss*

Eliot T. Burriss
Antonio M. Pozos (*pro hac vice* forthcoming)
Henry P. Van Dyck (*pro hac vice* forthcoming)
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500
eli.burriss@faegredrinker.com

*Attorney for OptumRx, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2025, a copy of the foregoing document was filed electronically

via the Court's ECF filing system, which will send notice of this filing to all counsel of record.

/s/ *Eliot T. Burriss*
Eliot T. Burriss

DMS_US.372074225.1