# Exhibit B

| Fill Date | Drug Name and Strength | Total USAA Gross Cost | Total USAA Member Cost | Total USAA Net Cost | Total Medicare Gross Cost | Total Medicare Member Cost | Total Medicare Net Cost |
|---|---|---|---|---|---|---|---|
| | CLAIMS BILLED TO AND PAID BY MEDICARE ONLY | | | | | | |
| 5/10/2017 | ACETAZOLAMID TAB 125MG | | | | $53.32 | $1.20 | $52.12 |
| 06/05/2017 | ACETAZOLAMID TAB 125MG | | | | $157.95 | $1.20 | $156.75 |
| 07/24/2017 | EPIPEN 2-PAK KIT 0.3MG | | | | $621.78 | $3.70 | $618.08 |
| 08/01/2017 | VENTOLIN INH HFA 200 | | | | $54.23 | $3.70 | $50.53 |
| 08/24/2017 | TIZANIDINE TAB 4MG | | | | $5.67 | $1.20 | $4.47 |
| 08/30/2017 | ACETAZOLAMID TAB 125MG | | | | $157.95 | $1.20 | $156.75 |
| 10/02/2017 | DOXYCYCL HYC CAP IO0MG | | | | $20.50 | $1.20 | $19.30 |
| 11/07/2017 | GABAPENTIN CAP IO0MG | | | | $5.67 | $1.20 | $4.47 |
| 11/25/2017 | ACETAZOLAMID TAB 125MG | | | | $157.95 | $1.20 | $156.75 |
| 11/29/2017 | EPIPEN 2-PAK KIT 0.3MG | | | | $621.78 | $3.70 | $618.08 |
| 01/05/2018 | CLONAZEPAM ODT 0.25MG | | | | $29.64 | $1.25 | $28.39 |
| 01/10/2018 | VALACYCLOVIR TAB IGM | | | | $31.55 | $0.29 | $31.26 |
| 01/16/2018 | PENICILLN VK TAB 500MG | | | | $0.89 | $0.89 | $0.00 |
| 01/16/2018 | IBU TAB 800MG | | | | $0.83 | $0.23 | $0.60 |
| 01/19/2018 | FLUTICASONE SPR 50MCG RX | | | | $5.44 | $1.25 | $4.19 |
| 01/20/2018 | PREDNISONE TAB 20MG | | | | $0.81 | $0.09 | $0.72 |
| 03/19/2018 | TIZANIDINE TAB 4MG | | | | $2.13 | $1.25 | $0.88 |
| 05/31/2018 | METAXALONE TAB 800MG | | | | $235.17 | $1.25 | $233.92 |
| 06/15/2018 | VENTOLIN INH HFA 200 | | | | $110.05 | $3.70 | $106.35 |
| 07/14/2018 | CLOTRIMAZOLE CRE 1 % | | | | $28.25 | $1.25 | $27.00 |
| 07/25/2018 | CLOTRIMAZOLE CRE 1 % | | | | $28.25 | $1.25 | $27.00 |
| 08/21/2018 | VENTOLIN INH HFA 200 | | | | $110.05 | $3.70 | $106.35 |
| 09/09/2019 | CEPHALEXIN CAP 500MG | | | | $2.68 | $1.25 | $1.43 |
| 11/26/2019 | SUMATRIPTAN TAB 50MG | | | | $2.00 | $1.25 | $0.75 |
| 7/9/2021 | BACLOFEN TAB 10MG | | | | $22.20 | $0.30 | $21.90 |
| 7/9/2021 | ESCITALOPRAM TAB 5MG | | | | $6.71 | $1.30 | $5.41 |
| 8/3/2021 | DIVALPROEX SODIUM ER 500MG ER TAB | | | | $17.36 | $1.30 | $16.06 |
| 8/3/2021 | NEOMYCIN/POLYMYXIN/DEXAMETHASONE 0.1% OPOIN | | | | $17.00 | $1.30 | $15.70 |
| 8/3/2021 | BACLOFEN TAB 10MG | | | | $3.56 | $0.04 | $3.52 |
| 8/6/2021 | BACLOFEN TAB 10MG | | | | $264.99 | $1.30 | $263.69 |
| 8/10/2021 | NEOMYCIN/POLYMYXIN/DEXAMETHASONE 0.1% OPOIN | | | | $17.00 | $1.00 | $16.00 |
| 8/13/2021 | LITHIUM CARB CAP 300MG | | | | $12.98 | $1.00 | $11.98 |
| 8/20/2021 | RESTASIS 0.05% EMU | | | | $647.85 | $4.00 | $643.85 |
| 8/23/2021 | FLUOXETINE HYDROCHLORIDE 10MG CAP | | | | $3.80 | $0.00 | $3.80 |
| 8/29/2021 | QUETIAPINE FUMARATE 25MG TAB | | | | $7.86 | $1.30 | $6.56 |
| 11/18/2021 | FLUOXETINE HYDROCHLORIDE 10MG CAP | | | | $3.80 | $0.00 | $3.80 |

| Fill Date | Drug Name and Strength | Total USAA Gross Cost | Total USAA Member Cost | Total USAA Net Cost | Total Medicare Gross Cost | Total Medicare Member Cost | Total Medicare Net Cost |
|---|---|---|---|---|---|---|---|
| | | | CLAIMS WHERE MEDICARE AND USAA BOTH PAID | | | | |
| 6/25/2018 | HYDROXYZ HCL TAB 25 MG | $4.70 | $4.70 | $0.00 | $41.79 | $1.25 | $40.54 |
| 8/10/2018 | METAXALONE TAB 800 MG | $123.13 | $7.00 | $116.13 | $119.04 | $1.25 | $117.79 |
| 8/21/2018 | ECONAZOLE CRE 1% | $45.40 | $7.00 | $38.40 | $10.06 | $1.25 | $8.81 |
| 8/24/2018 | RIZATRIPTAN ODT 5 MG | $4.37 | $4.37 | $0.00 | $22.75 | $1.25 | $21.50 |
| 8/30/2018 | DICLOFENAC GEL 1% | $25.30 | $7.00 | $18.30 | $11.66 | $1.25 | $10.41 |
| 9/14/2018 | METAXALONE TAB 800 MG | $61.87 | $7.00 | $54.87 | $180.30 | $1.25 | $179.05 |
| 9/14/2018 | NITROFUR MON CAP 100MG | $7.81 | $7.00 | $0.81 | $33.48 | $1.25 | $32.23 |
| 9/17/2018 | RIZATRIPTAN ODT 5 MG | $4.37 | $4.37 | $0.00 | $22.75 | $1.25 | $21.50 |
| 9/19/2018 | DICLOFENAC GEL 1% | $25.30 | $7.00 | $18.30 | $11.66 | $1.25 | $10.41 |
| 10/1/2018 | ECONAZOLE CRE 1% | $23.26 | $7.00 | $16.26 | $32.20 | $1.25 | $30.95 |
| 10/22/2018 | TRAMADOL HCL TAB 50MG | $0.88 | $0.88 | $0.00 | $5.96 | $0.29 | $5.67 |
| 10/22/2018 | DICLOFENAC GEL 1% | $26.55 | $7.00 | $19.55 | $10.41 | $1.25 | $9.16 |
| 11/8/2018 | ECONAZOLE CRE 1% | $24.41 | $7.00 | $17.41 | $31.05 | $1.25 | $29.80 |
| 11/15/2018 | RIZATRIPTAN ODT 5 MG | $7.96 | $7.00 | $0.96 | $21.79 | $1.25 | $20.54 |
| 11/25/2018 | RIZATRIPTAN TAB 5 MG | $5.14 | $5.14 | $0.00 | $16.99 | $1.04 | $15.95 |
| 12/12/2018 | RIZATRIPTAN ODT 5 MG | $7.96 | $7.00 | $0.96 | $21.79 | $1.25 | $20.54 |
| 12/23/2018 | RIZATRIPTAN TAB 5 MG | $5.24 | $5.24 | $0.00 | $17.09 | $1.04 | $16.05 |
| 12/26/2018 | ECONAZOLE CRE 1% | $22.98 | $7.00 | $15.98 | $8.55 | $1.25 | $7.30 |
| 1/17/2019 | RIZATRIPTAN TAB 5 MG | $7.59 | $7.00 | $0.59 | $32.98 | $1.04 | $31.94 |
| 2/21/2019 | RIZATRIPTAN TAB 5 MG | $5.10 | $5.10 | $0.00 | $33.57 | $1.04 | $32.53 |
| 5/1/2019 | RIZATRIPTAN ODT 10 MG | $5.74 | $5.74 | $0.00 | $30.25 | $1.25 | $29.00 |
| 6/7/2019 | RIZATRIPTAN ODT 10 MG | $6.60 | $6.60 | $0.00 | $30.25 | $1.25 | $29.00 |
| 6/14/2019 | ECONAZOLE CRE 1% | $19.88 | $7.00 | $12.88 | $11.55 | $1.25 | $10.30 |
| 9/16/2019 | ECONAZOLE CRE 1% | $19.88 | $7.00 | $12.88 | $11.55 | $1.25 | $10.30 |
| 9/26/2019 | FLUTICASONE SPR 50 MCG | $4.27 | $4.27 | $0.00 | $2.27 | $1.25 | $1.02 |
| 8/14/2020 | BACLOFEN TAB 10MG | $30.56 | $14.00 | $16.56 | $29.85 | $1.30 | $28.55 |
| 10/8/2020 | ALBUTEROL PA INH HFA 200 | $66.10 | $7.00 | $59.10 | $30.89 | $1.30 | $29.59 |
| 10/14/2020 | APIPIPRAZOLE TAB 2MG | $32.14 | $7.00 | $25.14 | $92.31 | $1.30 | $91.01 |
| 10/17/2020 | HYDROXYZ HCL TAB 25 MG | $0.72 | $0.72 | $0.00 | $1.17 | $0.00 | $1.17 |
| 11/14/2020 | ALBUTEROL PA INH HFA 200 | $66.10 | $7.00 | $59.10 | $30.89 | $1.30 | $29.59 |
| 11/22/2020 | LACTULOSE SOL 10GM/15 | $9.96 | $7.00 | $2.96 | $22.10 | $1.30 | $20.80 |
| 11/27/2020 | BACLOFEN TAB 10MG | $14.08 | $7.00 | $7.08 | $143.23 | $1.30 | $141.93 |
| 4/17/2021 | BACLOFEN TAB 10MG | $10.52 | $7.00 | $3.52 | $89.09 | $1.30 | $87.79 |
| 5/17/2021 | FLUVOXAMINE TAB 100MG | $8.82 | $7.00 | $1.82 | $19.73 | $1.30 | $18.43 |
| 12/7/2021 | BACLOFEN TAB 10MG | $59.78 | $14.00 | $45.78 | $214.21 | $1.30 | $212.91 |
| 12/14/2021 | DOXYCYCL HYC CAP 100MG | $3.73 | $3.73 | $0.00 | $20.90 | $1.30 | $19.60 |
| 12/17/2021 | KETOCONAZOLE SHA 2% | $6.24 | $6.24 | $0.00 | $20.06 | $1.00 | $19.06 |
| 12/31/2021 | PROPRANOLOL TAB 20MG | $4.71 | $4.71 | $0.00 | $19.28 | $1.00 | $18.28 |
| 1/4/2022 | HYDROXYZ HCL TAB 25 MG | $5.03 | $5.03 | $0.00 | $41.56 | $0.90 | $40.66 |
| 1/4/2022 | ATENOLOL TAB 25MG | $3.60 | $3.60 | $0.00 | $9.40 | $1.35 | $8.05 |
| 1/13/2022 | MONTELUKAST TAB 10MG | $7.26 | $7.00 | $0.26 | $9.14 | $1.35 | $7.79 |
| 1/14/2022 | KETOCONAZOLE SHA 2% | $35.78 | $7.00 | $28.78 | $9.26 | $1.35 | $7.91 |
| 2/2/2022 | ALBUTEROL(V) INH HFA 200 | $33.08 | $7.00 | $26.08 | $18.91 | $1.35 | $17.56 |
| 3/4/2022 | BACLOFEN TAB 10MG | $79.16 | $14.00 | $65.16 | $199.83 | $1.35 | $198.48 |
| 3/29/2022 | CROMOLYN SOD CON 100MG/5 | $256.32 | $7.00 | $249.32 | $684.08 | $1.35 | $682.73 |
| 4/25/2022 | LEVOTHYROXIN TAB 25MCG | $12.93 | $12.93 | $0.00 | $26.89 | $1.35 | $25.54 |
| 5/18/2022 | BACLOFEN TAB 10MG | $31.64 | $14.00 | $17.64 | $247.35 | $1.35 | $246.00 |
| 6/2/2022 | ATENOLOL TAB 25MG | $1.90 | $1.90 | $0.00 | $11.99 | $0.00 | $11.99 |
| 6/30/2022 | ATENOLOL TAB 25MG | $10.78 | $10.78 | $0.00 | $33.59 | $0.00 | $33.59 |