# Exhibit C

# Example of a Valid Claim USAA Rejected

## Transactions – Detail View

### Transaction Information

| | |
|---|---|
| Rx Number | 6445707 |
| Refill Number | 0 |
| Fill Txn Sequence Number | 1 |
| Date Filled (Date of Service) | 08/20/2021 |
| Last Activity Date | 08/03/2021 |
| Original Date Rec'd | 08/03/2021 |
| Time Filled | 05:17 PM |
| Drug Expiration Date | 08/20/2022 |
| DAW Code | 0 |

### Dispensed Product Details Including:

| | |
|---|---|
| Dispensed Product Name | RESTASIS 0.05% EYE EMULSION |
| Dispensed NDC | 00023-9163-30 |
| Manufacturer | ALLERGAN INC. |
| Dispensed Quantity | 60 |
| SIG | INSTILL 1 DROP INTO BOTH EYES EVERY 12 HOURS |
| Days Supply | 30 |

Patient Pay: $30.00

| Credentials | |
|---|---|
| Data Entry | M.Sara |
| Production | M.Sara |
| Data Entry Verification Completed By | G.Barr |
| DUR Hard Stops Verified By | |
| Warning Verification Completed By | |
| Product Verification Completed By | |

| Ln No. | Priorty | Status | ThirdParty Name | Helpdesk No. | ID | Group | Relationship |
|---|---|---|---|---|---|---|---|
| 1 | 1 | FEVEPSALSU | CAREMARK BIN 004336 | 8003646331 | W22996753001 | RX1015 | Card Holder |
| 2 | 2 | REJECTED | PDP BN004336 PNMEDDADV | 8888656567 | 28150541 | 788257 | Card Holder |



## Third Party Inspect

**Third Party Name** CAREMARK BIN 004336 (Primary)     **Cardholder ID** W22996753001     **Person Code** 01

**Help Desk No.** (800) 364-6331     **Group** RX1015     **Relationship** H

### Third Party Claim Response Details

| | | | | |
|---|---|---|---|---|
| Transaction Response Status | P | Others Payer Amount Recognized (566-J5) | | |
| NCPDP Reject Code(s) (511-F8) | | Flat Sales Tax Amount Paid (558-AW) | | |
| Patient Pay Amount (505-F5) | 30.00 | Percent Sales Tax Amt Paid (559-AX) | | |
| Total Amount Paid (509-F9) | 563.32 | Percent Sales Tax Rate Paid (560-AY) | | |
| Ingredient Cost Paid (506-F6) | 593.22 | Percent Sales Tax Basis Paid (561-AZ) | | |
| Dispensing Fee Paid (507-F7) | 0.10 | Plan Sales Tax Amount (574-2Y) | | |
| Professional Service Fee Paid (562-J1) | | Patient Sales Tax Amount (575-EQ) | | |
| Incentive Fee Paid (521-FL) | | Tax Exempt Indicator (557-AV) | | |
| Other Amounts Paid (565-J4) | | Basis Or Reimbursement (522-FM) | | |
| | | Estimated Generic Saving (517-G3) | 03 | |
| | | Network Reimbursement ID (545-2F) | CNTRCT1001 | |

| Qualifier | Value |
|---|---|
| | |
| | |

**Select a function and press <Enter>**

View Third Party Message (M), View COB Segment Details (C), View All Other Amounts Paid (PA), Exit(X)

# The False Claim to Medicare

| BRUFF, CHARLES | | | | Phone Number | Rx Number |
|---|---|---|---|---|---|
| DOB | Age 28 Years | Gender Male | Address | | 6445707 |

## Original Rx Information

| | |
|---|---|
| Store No. | 10822 |
| Written Product | RESTASIS 0.05% EYE EMULSION |
| Prescribed NDC | 00023916330 |
| Rx Origin Code | 3 |
| DAW | 0 |
| SIG | INSTILL 1 DROP INTO BOTH EYES EVERY 12 HOURS |
| Prescribed Qty | 60 |
| Prescribed Refills | 2 |
| Qty Remaining | 120 |
| Prescriber | MCINTIRE LISA |
| Prescriber RxConnect key | 19526420 |
| Prescriber RxConnect Address Key | 242193380 |
| Date Written | 08/03/2021 |
| Rx Expiration Date | 08/03/2022 |
| Diagnosis Code | |

**Rx Status:** ACTIVE

| Ln.No. | Fill No. |
|---|---|
| Linked To Rx#: | |
| Linked From Rx#: | |
| Linkage Type | |
| Script Type | |

Date of Injury:
Type of Injury:

Claim Reference Id:

Employer:
Employer RxConnect Key:

## Fill History

Displaying 1 of 1

| Ln No. | Date Filled | Refill No. | Drug | NDC/ Manufacturer | Qty Disp | Day Supply | Patient Pay | Third Party | Product Verified By | Date & Time Sold / Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08/20/2021 | 00 | RESTASIS 0.05% EYE EMULSION | 00023-9163-30 ALLERGAN INC. | 60 | 30 | 4.00 | FDP EN04336 FNMEDDADV | G. Barr | 8/20/2021 05:36:28 PM |

Select a function and press <Enter>

Select Line (#), Next (Enter), Exit (X)

| Patient | Prescriber | Drug | Third Party | | Profile | Store Portal | Clinical | | Refill | | Dashboard | Log In Out Credentials | Store Info | Rx Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F1 | F2 | F3 | F4 | | F5 | F6 | F7 | | F8 | | F9 | F10 | F11 | F12 |