United States of America ex rel. Bruff,

vs.

Case No.: 5:22-CV-593

USAA Insurance Agency, Inc., et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Antonio M. Pozos_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent __OptumRX, Inc._____ in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)
    __Faegre Drinker Biddle & Reath, LLP_____ with offices at:

    Mailing address: __One Logan Square, Suite 2000_____

    City, State, Zip Code: __Philadelphia, PA 19103_____

    Telephone: __215-988-3327_____ Facsimile: __215-988-2757_____

2.  Since __7/11/2017_____, Applicant has been and presently is a

    member of and in good standing with the Bar of the State of __Pennsylvania_____.

    Applicant's bar license number is __323968_____.

3.  Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    | --- | --- |
    | Supreme Court of California | 12/17/2007 |
    | District of Columbia Court of Appeals | 12/8/2008 |
    | See Exhibit A (Supplemental List) | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

Arrest Date: 12/22/2000 – Santa Cruz County, California
• Reckless Driving - (Cal. Vehicle Code § 23103(A), Misdemeanor), no contest plea February 2001, vacated and dismissed May 2002.
• Possession of False Identification for Purchasing Alcohol - (Cal. Bus. & Prof. Code § 25661, Misdemeanor), dismissed February 2001.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Eli Burriss

Mailing address: 2323 Ross Ave., Suite 1700

City, State, Zip Code: Dallas, TX 75201

Telephone: 469-357-2574

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Antonio M. Pozos to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Antonio M. Pozos
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 21 day of July, 2025.

Antonio M. Pozos
[printed name of Applicant]

[signature of Applicant]

## <u>Exhibit A</u>

Motion for Admission Pro Hac Vice
Antonio M. Pozos
Supplemental List of Court Admissions

| Court: | Admission Date: |
|---|---|
| U.S. Court of Appeals – Third Circuit | 3/29/2019 |
| U.S. District Court – E.D. Pa. | 3/28/2018 |
| U.S. District Court – E.D. Cal. | 12/17/2012 |
| U.S. District Court – C.D. Cal. | 11/22/2011 |
| U.S. District Court – S.D. Cal. | 12/17/2012 |
| U.S. District Court – N.D. Cal. | 5/4/2009 |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

United States of America ex rel. Bruff,

vs.                                           Case No.: 5:22-CV-593

USAA Insurance Agency, Inc., et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _Antonio M. Pozos_____, counsel for

_OptumRX, Inc._____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Antonio M. Pozos_____ may appear on behalf of _OptumRX, Inc._____

in the above case.

IT IS FURTHER ORDERED that _Antonio M. Pozos_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of _July_____, 20_____.


_____
UNITED STATES DISTRICT JUDGE