# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

United States of America ex rel. Bruff,

vs.                                    Case No.: 5:22-CV-593

USAA Insurance Agency, Inc., et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _Antonio M. Pozos_____, counsel for

_OptumRX, Inc._____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Antonio M. Pozos_____ may appear on behalf of _OptumRX, Inc._____

in the above case.

IT IS FURTHER ORDERED that _Antonio M. Pozos_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the ___22nd___ day of _July_____, 20_25___.

David Alan Ezra
Senior United States District Judge