# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION

United States of America ex rel. Bruff,

vs.                                    Case No.: 5:22-CV-593

USAA Insurance Agency, Inc., et al.


## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Henry P. Van Dyck , counsel for

OptumRX, Inc. , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Henry P. Van Dyck may appear on behalf of OptumRX, Inc.

in the above case.

IT IS FURTHER ORDERED that Henry P. Van Dyck , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the 22nd day of July , 20 25 .


_____

David Alan Ezra
Senior United States District Judge