| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *ex rel.* CHARLES TERRENCE BRUFF, | § | |
| | § | |
| *Plaintiff-Relator*, | § | |
| v. | § | Civil Action No. 5:22-cv-593-DAE |
| | § | |
| UNITED SERVICES AUTOMOBILE | § | |
| ASSOC., *et al.,* | § | |
| | § | |
| *Defendants*. | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Defendant United Services Automobile Association ("Defendant" or "USAA"), without waiving any defenses, brings this unopposed motion for an extension of time up to and including September 19, 2025, in which to answer, move or otherwise respond to the Amended Complaint filed by the United States of America *ex rel.,* Charles Terrence Bruff ("Relator"). In support of this Motion, USAA states:

1. Relator filed his Complaint under seal on June 9, 2022 (Dkt. 5). The Court unsealed the Complaint on February 27, 2025 and ordered that Defendants be served (Dkt. 25). USAA filed its Waiver of Service on May 20, 2025 (Dkt. 33) and filed its Motion to Dismiss on June 30, 2025 (Dkt. 37).

2. Realtor gave notice of his intent to file an Amended Complaint on July 14, 2025 (Dkt. 45). Realtor filed his Amended Complaint on July 21, 2025 (Dkt. 48), making the current deadline for USAA to answer, move or otherwise respond to the Amended Complaint fourteen (14) days after filing, or August 4, 2025.

3.      USAA requests additional time to properly evaluate and respond to the Amended Complaint, and therefore seeks an extension up to and including September 19, 2025 to answer, move, or otherwise respond to the Amended Complaint.

4.      Counsel for USAA has conferred with counsel for Realtor via email on July 21, 2025, and counsel advised that Relator consents to the relief sought in this Motion.

5.      This is USAA's first request for an extension, and the requested relief is not prejudicial to any party.

WHEREFORE, Defendant United Services Automobile Association respectfully moves the Court to issue an Order extending the time within which it must answer, move or otherwise respond to the Amended Complaint through and including September 19, 2025.

Dated: July 25, 2025                    Respectfully submitted,


                                        **McGLINCHEY STAFFORD, PLLC**

                                        *T. Dylan Reeves*
                                        T. Dylan Reeves
                                        Texas Bar No. 24070483
                                        6688 N Central Expwy., Ste. 400
                                        Dallas, Texas 75206
                                        Phone: 615-762-9050
                                        Email: dreeves@mcglinchey.com

                                        *Megan S. Ben'Ary*
                                        Megan S. Ben'Ary
                                        *Admitted Pro Hac Vice*
                                        Virginia Bar No. 47439
                                        1275 Pennsylvania Ave. NW, Ste. 420
                                        Washington, DC 20004
                                        Phone: 202-802-9949
                                        Email: mbenary@mcglinchey.com

                                        *William G. Wojcik*
                                        William G. Wojcik
                                        *Admitted Pro Hac Vice*
                                        Tennessee Bar No. 033634
                                        333 Commerce St., Ste. 1425
                                        Nashville, TN 37201
                                        Phone: 615-762-9048
                                        Email: wwojcik@mcglinchey.com

                                        *Morgan E. Kelley*
                                        Morgan E. Kelley
                                        *Admitted Pro Hac Vice*
                                        Louisiana Bar No. 38299
                                        601 Poydras St., Ste. 1200
                                        New Orleans, LA 70130
                                        Phone: 504-596-2755
                                        Email: mkelley@mcglinchey.com

                                        *Attorneys for Defendant United Services*
                                        *Automobile Association*

## CERTIFICATE OF CONFERENCE

On July 21, 2025, counsel for Defendant conferred via e-mail with counsel for Relator, who consented to relief sought in this Motion.

_T. Dylan Reeves_

## CERTIFICATE OF SERVICE

I hereby certify that on July 25th, 2025, a copy of the above and foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will forward notice of this filing to all counsel of record.

_T. Dylan Reeves_