**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* CHARLES TERRENCE BRUFF, | §<br>§<br>§ | |
| *Plaintiff-Relator*, | §<br>§ | |
| v. | § | Civil Action No. 5:22-cv-593-DAE |
| | § | |
| UNITED SERVICES AUTOMOBILE<br>ASSOC., *et al.,* | §<br>§<br>§ | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

Before the Court is Defendant United Services Automobile Association's Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to the Amended Complaint. After consideration of the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**THEREFORE, IT IS ORDERED** that Defendant United Services Automobile Association must answer, move or otherwise respond to the Amended Complaint (Dkt. 48) on or before September 19, 2025.

<br>

_____
UNITED STATES DISTRICT JUDGE