# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

UNITED STATES OF AMERICA ex rel.
CHARLES TERRENCE BRUFF
vs.                                              Case No.: 5:22-cv-593-DAE
USAA INSURANCE AGENCY, INC., et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Ryan H.Susman , counsel for

Charles Terrance Bruff , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Ryan H.Susman may appear on behalf of Charles Terrance Bruff

in the above case.

IT IS FURTHER ORDERED that Ryan H.Susman , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the 2nd day of September , 20 25 .


_____
David Alan Ezra
Senior United States District Judge