**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF, <br><br> *Plaintiff-Relator*, <br><br> v. <br><br> USAA INSURANCE AGENCY, INC., *et al.* <br><br> *Defendants*. | Civil Action No. 5:22-cv-593-DAE |

**[PROPOSED] ORDER GRANTING OPTUM RX, INC.'S**
**<u>MOTION TO DISMISS</u>**

**AND NOW**, this _____ day of _____, 2025, upon consideration of Optum Rx, Inc.'s Motion to Dismiss, and any responses or replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED**, and the claims as to Optum Rx, Inc. are **DISMISSED** with prejudice.


_____
The Honorable David Alan Ezra
United States District Judge