UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION
CASE NO.: 5:22-cv-593-DAE

UNITED STATES OF AMERICA *ex rel.*
CHARLES TERRENCE BRUFF,
     *Plaintiff-Relator*,

v.

USAA INSURANCE AGENCY, INC., *et al*.,
     *Defendants*.

_____

## RELATOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b)(1) Relator ("Mr. Bruff") moves for a 14-day extension of time to respond to Defendants USAA Insurance Agency, Inc's and OptumRX, Inc.'s, Motions to Dismiss (the "Motions") [DE 56 and 57], which is currently due on October 3, 2025.

In support of its Motion, Mr. Bruff states:

1. When an act may or must be done within a specified time, the Court may, for good cause, extend the deadline before the original deadline or its extension expires. Fed. R. Civ. P. 6(b)(1)(A). This case arises from a whistleblower lawsuit filed by Mr. Bruff against his employer's group health plan for allowing false claims to be submitted to the government [DE 48]. On September 19, 2025, Defendants filed the Motions. [DE 56 and 57].

2. Good cause exists for the relief sought. Due to the Rosh Hashana and Yom Kippur holidays, the undersigned needs more time to finalize the response and have the client review it.

3.    The requested extension would neither prejudice Defendants, nor unduly delay the proceedings in this matter. Nor is this extension being sought for the purpose of delay.

The undersigned counsel has conferred with Defendants' counsel on September 24, 2025 who consent to the requested relief.

WHEREFORE, Relator requests that the Court grant a 14-day extension of time for the filing of the Response to the Motions. Extending the deadline to file the Response to October 17, 2025.

Dated: September 29, 2025                                        Respectfully submitted,


**SUSMAN LAW PLLC**
1324 NW 2nd Ave
Fort Lauderdale, Florida 33311
Telephone: (954) 655-9165

By: */s/ Ryan H. Susman*
Ryan H. Susman,
Fla. Bar No. 1010444
rsusman@armaslaw.com
ryanhysusman@outlook.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Defendants counsel by email regarding the instant motion on September 24, 2025, and Defendants have consented to the relief sought.

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, the foregoing document was e-filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of filing to counsel of record.