IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF, *Plaintiff-Relator*, <br><br> v. <br><br> USAA INSURANCE AGENCY, INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 5:22-cv-593-DAE |

## DEFENDANT OPTUMRX, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a)(1), Defendant OptumRx, Inc., through its undersigned counsel, states as follows:

OptumRx, Inc. is wholly owned by OptumRx Holdings, LLC, which is wholly owned by Optum, Inc., which is wholly owned by United HealthCare Services, Inc., which in turn is wholly owned by UnitedHealth Group Incorporated. UnitedHealth Group Incorporated does not have any parent companies and is publicly traded on the New York Stock Exchange. No corporation owns 10% or more of the stock of UnitedHealth Group Incorporated.

1

Dated:  September 30, 2025

Respectfully submitted,

/s/ Eliot T. Burriss
Eliot T. Burriss
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500
eli.burriss@faegredrinker.com

Henry P. Van Dyck (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5251
henry.vandyck@faegredrinker.com

Antonio M. Pozos (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-3327
antonio.pozos@faegredrinker.com

*Attorneys for OptumRx, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 30, 2025, a copy of this filing was served on counsel of record through the Court's electronic filing system.

/s/ Eliot T. Burriss
Eliot T. Burriss