| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | No. 5:22-cv-593-DAE |
| *ex rel.*, CHARLES TERRENCE BRUFF, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v- | § | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION. | § | |
| CAREMARK RX, L.L.C., OPTUMRX, INC, | § | |
| and EXPRESS SCRIPTS, INC., | § | |
| | § | |
| Defendants. | § | |

## <u>UNOPPOSED MOTION TO WITHDRAW RYAN SUSMAN AS CO-COUNSEL</u>

Ryan Susman ("Counsel") hereby moves to withdraw as co-counsel for Relator Charles Terrance Bruff ("Relator") in this action and states as follows:

1. For personal reasons, Counsel needs to withdraw. Relator will continue to be represented by the Armas Bertran Zincone law firm, and by Cameron Hansen at Rob Wiley, P.C. as local counsel, who will continue to receive true copies of all pleadings, motions, orders and other papers filed in this action.

2. After conferring on this matter, no party opposes the relief sought.

WHEREFORE, Counsel respectfully requests that he be discharged as counsel of record.

Dated: October 8, 2025,                              Respectfully submitted,

ATTORNEYS FOR RELATOR

ARMAS BERTRAN ZINCONE
4960 SW 72nd Avenue
Suite 206
Miami, Florida 33155
Telephone 786 394 0491
alfred@armaslaw.com

By: */s/J. Alfredo Armas*

J. Alfredo Armas
(Pro hac vice Florida Bar Number: 360708)

By: */s/ Ryan H. Susman*
Ryan H. Susman,
(Pro hac vice Florida Bar Number: 1010444
rsusman@armaslaw.com
ryanhysusman@gmail.com

By: */s/ Cameron D. Hansen*
Rob Wiley, P.C.
Cameron Hansen
Texas Bar No. 24145047
1011 San Jacinto Blvd., Ste. 401
Austin, TX 78701
Telephone: (512) 271-5527
Facsimile: (512) 201-1263
chansen@robwiley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically using the CM/ECF filing system on October 8, 2025.

*/s/ Ryan H. Susman*