UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | No. 5:22-cv-593-DAE |
| *ex rel.*, CHARLES TERRENCE BRUFF, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v- | § | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION. | § | |
| CAREMARK RX, L.L.C., OPTUMRX, INC, | § | |
| and EXPRESS SCRIPTS, INC., | § | |
| | § | |
| Defendants. | § | |

<u>ORDER DENYING DEFENDANT UNITED SERVICES AUTOMOBILE ASSOCIATION'S
MOTION TO DISMISS (DKT. # 56)</u>

Before the Court is a Motion to Dismiss filed by Defendant United Services Automobile Association ("USAA"). (Dkt. # 56.) After careful consideration of the memoranda filed in support of and in opposition to the motion, the Court **DENIES** Defendant's Motion to Dismiss.

**IT IS SO ORDERED**.

**DATED**: San Antonio, Texas, _____, 2025.


_____
David Alan Ezra
Senior United States District Judge