**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* CHARLES TERRENCE BRUFF,<br><br>*Plaintiff-Relator*,<br><br>v.<br><br>USAA INSURANCE AGENCY, INC., *et al.*<br><br>*Defendants*. | § § § § § § § § § § § § § | Civil Action No. 5:22-cv-593-DAE |

**OPTUM RX INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
REPLY TO RELATOR'S RESPONSE IN OPPOSITION TO
OPTUM RX, INC.'S MOTION TO DISMISS**

Defendant Optum Rx, Inc. ("Optum") moves the Court to extend the deadline by which Optum must reply to Relator's Response in Opposition to Optum's Motion to Dismiss (the "Opposition") (Dkt. 62).  In support of its Motion, Optum shows the Court the following:

1. Relator Charles Terrence Bruff ("Relator") filed his Complaint against Optum and Co-Defendants under seal on or about June 9, 2022 (Dkt. 5).

2. The Government declined to intervene on or about February 11, 2025 (Dkt. 24). The Court unsealed Relator's Complaint and ordered the Complaint to be served on the Defendants (Dkt. 25).

3. On May 21, 2025, Relator requested that Optum waive service, and Optum executed a waiver of service on May 28, 2025 (Dkt. 35).

4. On July 14, 2025, Relator filed a Notice of Intent to amend his Complaint (Dkt. 45).

5. On July 17, 2025, Optum filed an Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Relator's Complaint because its response would be due on the same date as Relator's Amended Complaint (Dkt. 46).

6. On July 18, 2025, the Court granted Optum's Motion for Extension of Time, and set a September 19, 2025 deadline for Optum to respond to Relator's forthcoming Amended Complaint (July 18, 2025 Text Order).

7. On July 21, 2025, Relator filed his Amended Complaint (Dkt. 48).

8. Optum filed its Motion to Dismiss Plaintiff's Amended Complaint on September 19, 2025 (Dkt. 57).

9. On September 30, 2025, the Court granted Relator's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (Dkt. 58) and extended Relator's deadline to respond to the Motions to Dismiss to October 17, 2025 (September 30, 2025 Text Order).

10. On October 17, 2025, Relator filed his Opposition to the Motion to Dismiss (Dkt. 62).

11. Pursuant to Local Rule CV-7, Optum's reply in support of its Motion to Dismiss would be due on October 24, 2025, seven (7) days after the filing of Relator's Opposition.

12. Optum requests that the Court extend Optum's deadline to file its reply for fourteen (14) days, through and including November 7, 2025.

13. A fourteen (14) day extension is appropriate, but not longer than necessary, for Optum to fully evaluate the factual assertions and legal arguments set forth in Relator's Opposition, and to prepare a thorough response.

14.    Counsel for Optum conferred with counsel for Relator and counsel for Relator advised that Relator does not oppose the relief requested in this Motion.

WHEREFORE, Optum respectfully moves the Court to vacate Optum's current deadline to reply to Relator's Response in Opposition to Optum's Motion to Dismiss and to set the deadline for Optum to file its reply for November 7, 2025.

Dated: October 21, 2025                    Respectfully submitted,

*/s/ Eliot T. Burriss*
Eliot T. Burriss
FAEGRE DRINKER BIDDLE &
REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500
eli.burriss@faegredrinker.com

Henry P. Van Dyck (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE &
REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5251
henry.vandyck@faegredrinker.com

Antonio M. Pozos (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE &
REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-3327
antonio.pozos@faegredrinker.com

*Counsel for Defendant Optum Rx, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant conferred with counsel for Relator regarding the relief requested in the Motion and counsel for Relator advised that Relator does not oppose the relief requested in this Motion.  As a result, the Motion is unopposed.

/s/ *Eliot T. Burriss*
Eliot T. Burriss

**CERTIFICATE OF SERVICE**

I certify that on October 21, 2025, a copy of the foregoing document was filed electronically via the Court's ECF filing system, which will send notice of this filing to all counsel of record.

/s/ *Eliot T. Burriss*
Eliot T. Burriss