**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF,<br><br>*Plaintiff-Relator*,<br><br>v.<br><br>USAA INSURANCE AGENCY, INC., *et al.*<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil Action No. 5:22-cv-593-DAE |

**[PROPOSED] ORDER GRANTING OPTUM RX, INC.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO REPLY TO RELATOR'S
RESPONSE IN OPPOSITION TO OPTUM RX, INC.'S MOTION TO DISMISS**

Before the Court is Defendant Optum Rx, Inc.'s ("Optum's") Motion for Extension of Time to Reply to Relator's Response in Opposition to Optum's Motion to Dismiss (the "Motion"). After consideration of the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Optum's deadline to reply to Relator's Response in Opposition to Optum's Motion to Dismiss is extended through and including November 7, 2025.

_____
The Honorable David Alan Ezra
United States District Judge