| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF, | § § § | |
| *Plaintiff-Relator*, | § § | |
| v. | § | Civil Action No. 5:22-cv-593-DAE |
| UNITED SERVICES AUTOMOBILE ASSOC., *et al.,* | § § § § | |
| *Defendants*. | § § | |

**UNITED SERVICES AUTOMOBILE ASSOCIATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendant United Services Automobile Association ("USAA"), without waiving any defenses, moves for an extension of time until November 7, 2025 to file a reply memorandum in support of *Defendant United Services Automobile Association's Motion to Dismiss the Amended Complaint*, Dkt. 56. In support of this motion, USAA states:

1.      On June 9, 2022, Charles Terrence Bruff ("Relator") filed *Plaintiff the United States of America ex rel., Charles Terrence Bruff's Original Complaint*, Dkt. 5 ("Complaint"), under seal. The Court unsealed the Complaint on February 27, 2025 and ordered Relator to serve Defendants (Dkt. 25).

2.      USAA filed *Defendant United Services Automobile Association's Motion to Dismiss*, Dkt. 37, on June 30, 2025.

3.      On July 21, 2025, Relator filed *The United States of America ex rel., Charles Terrence Bruff's Amended Complaint*, Dkt. 48.

4.      In response, USAA filed *Defendant United Services Automobile Association's Motion to Dismiss the Amended Complaint*, Dkt. 56, on September 19, 2025, which Relator

opposed on October 17, 2025 in *Relator's Response in Opposition to Defendant United Service Automobile Association's Motion to Dismiss*, Dkt. 61 ("Opposition").

5.      Pursuant to Local Rule CV-7, USAA's reply memorandum is due by October 24, 2025, seven days after Relator filed his Opposition. USAA now requests an extension to properly evaluate and respond to Relator's Opposition, seeking up to and including November 7, 2025 to file a reply memorandum. Relator received a similar 14-day extension when filing his Opposition, which USAA did not oppose. *See* Dkt. 58.

6.      Counsel for USAA conferred with counsel for Relator via email on September 24, 2025, and counsel advised that Relator consents to the relief sought in this Motion on September 29, 2025.

7.      This is USAA's first request for an extension as to its reply memorandum, and the requested relief is not prejudicial to any party. Further, this requested extension aligns with that sought by Defendant Optum Rx, Inc. *See* Dkt. 63.

**WHEREFORE**, Defendant United Services Automobile Association respectfully moves the Court to issue an Order extending the time within which it must file a reply memorandum through and including November 7, 2025.

Dated: October 22, 2025                    Respectfully submitted,


                                           **McGLINCHEY STAFFORD, PLLC**


                                           */s/ Megan S. Ben'Ary*
                                           Megan S. Ben'Ary
                                           *Admitted Pro Hac Vice*
                                           Virginia Bar No. 47439
                                           1275 Pennsylvania Ave. NW, Ste. 420
                                           Washington, DC 20004
                                           Phone: 202-802-9949
                                           Email: mbenary@mcglinchey.com

                                           T. Dylan Reeves
                                           Texas Bar No. 24070483
                                           6688 N Central Expwy., Ste. 400
                                           Dallas, Texas 75206
                                           Phone: 615-762-9050
                                           Email: dreeves@mcglinchey.com

                                           William G. Wojcik
                                           *Admitted Pro Hac Vice*
                                           Tennessee Bar No. 033634
                                           333 Commerce St., Ste. 1425
                                           Nashville, TN 37201
                                           Phone: 615-762-9048
                                           Email: wwojcik@mcglinchey.com

                                           Morgan E. Kelley
                                           *Admitted Pro Hac Vice*
                                           Louisiana Bar No. 38299
                                           601 Poydras St., Ste. 1200
                                           New Orleans, LA 70130
                                           Phone: 504-596-2755
                                           Email: mkelley@mcglinchey.com

                                           *Attorneys for Defendant United Services*
                                           *Automobile Association*

## CERTIFICATE OF CONFERENCE

On September 24 and 29, 2025, counsel for Defendant conferred via e-mail with counsel for Relator, who consented to relief sought in this Motion.

*/s/ Megan Ben'Ary*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, a copy of the above and foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will forward notice of this filing to all counsel of record.

*/s/ Megan Ben'Ary*