**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *ex rel.* CHARLES TERRENCE BRUFF, | § | |
| | § | |
| *Plaintiff-Relator*, | § | |
| v. | § | Civil Action No. 5:22-cv-593-DAE |
| | § | |
| UNITED SERVICES AUTOMOBILE | § | |
| ASSOC., *et al.,* | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING USAA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE  REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE AMENDED COMPLAINT**

Before the Court is *USAA's Unopposed Motion for Extension of Time to File Reply in Support of its Motion to Dismiss the Amended Complaint* ("Motion"). After consideration of the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**THEREFORE, IT IS ORDERED** that Defendant United Services Automobile Association must file a reply memorandum on or before November 7, 2025.

_____
UNITED STATES DISTRICT JUDGE