THE UNITED STATES OF AMERICA ex rel.,
CHARLES TERRENCE BRUFF,

    *Plaintiff-Relator,*

vs.                                    Case No.: 5:22-cv-593-DAE

USAA INSURANCE AGENCY, INC., *et al.*,
    *Defendants.*

_____/

## UNOPPOSED RELATOR'S MOTION TO PERMIT THE FILING OF A REVISED RESPONSE IN OPPOSITION TO DEFENDANT OPTUMRX, INC.'S MOTION TO DISMISS (DKT. # 57)

The United States of America ex rel., Charles Terrence Bruff ("Mr. Bruff") respectfully requests the privilege of filing the attached Revised Response in Opposition to the Motion to Dismiss (Dkt. # 57) the First Amended Complaint ("FAC") (Dkt. # 48) filed by the Defendant OptumRX,Inc. ("Optum") and states:

Mr. Bruff would like to revise or amend his opposition to include a reference to a recent order entered by another court in this District. The entire revision is the addition of the following paragraph:

Finally, the Defendant's reliance on *United States ex rel. Zafirov v. Fla. Med. Assocs.*, LLC, 751 F. Supp. 3d 1293, 1324 (M.D. Fla. 2024) holding that the qui tam "arrangement directly defies the Appointments Clause by permitting unaccountable, unsworn, private actors to exercise core executive power with substantial consequences to members of the public" is misplaced for the same reasons that a different court from this District recently found: "But this Court is not bound by another district court's reasoning. And, as

Defendants concede, the Fifth Circuit has held that the FCA's qui tam provisions do not violate the Appointments Clause. NOK Mot. 20 n.2 (citing *Riley v. St. Luke's Episcopal Hosp.*, 252 F.3d 749, 758 (5th Cir. 2001))." *United States ex rel. Gomez v. Koman Constr., LLC*, No. EP-20-CV-252-KC, 2025 U.S. Dist. LEXIS 164904, at *55-56 (W.D. Tex. Aug. 22, 2025).

Courts seek to ensure that cases are decided on their merits. The revision of the Opposition would accurately assert Mr. Bruff's opposition to the Motion to Dismiss. No prejudice would result and the Court would be aided by considering Judge Cardone's ruling.

The undersigned certifies that he conferred in good faith with counsel for Optum and was told that Optum does not oppose the relief sought herein.

Dated: October 30, 2025

Respectfully submitted,

**Armas Bertran Zincone**
4960 SW 72nd Ave., Ste. 206
Miami, FL 33155
Telephone 786 394 0491

By: */s/J. Alfredo Armas*
J. Alfredo Armas
(FBN: 360708)
alfred@armaslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served electronically using the CM/ECF filing system on October 30, 2025.

*/s/ J. Alfredo Armas*