**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF, | § § § | |
| *Plaintiff-Relator*, | § § § | |
| v. | § § | Civil Action No. 5:22-cv-593-DAE |
| USAA INSURANCE AGENCY, INC., *et al.* | § § § § | |
| *Defendants*. | § § | |

**[PROPOSED] ORDER GRANTING OPTUM RX, INC.'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO REPLY TO RELATOR'S <u>REVISED</u>**
**<u>RESPONSE IN OPPOSITION TO OPTUM RX, INC.'S MOTION TO DISMISS</u>**

Before the Court is Defendant Optum Rx, Inc.'s ("Optum's") Motion for Extension of Time to Reply to Relator's Revised Response in Opposition to Optum's Motion to Dismiss (the "Motion").  After consideration of the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Optum's deadline to reply to Relator's Revised Response in Opposition to Optum's Motion to Dismiss is extended through and including November 14, 2025.

_____
The Honorable David Alan Ezra
United States District Judge