UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | No. 5:22-cv-593-DAE |
| *ex rel.*, CHARLES TERRENCE BRUFF, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v- | § | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION. | § | |
| CAREMARK RX, L.L.C., OPTUMRX, INC, | § | |
| and EXPRESS SCRIPTS, INC., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF RELATOR CHARLES TERRENCE BRUFF'S MOTION FOR DEFAULT
AGAINST CAREMARK RX, LLC**

Relator Charles Terrence Bruff, by and through undersigned counsel and pursuant to Rule 55(a), Fed. R. Civ. P., respectfully moves for the entry of a Default against Defendant Caremark RX, LLC, and as grounds therefor further states:

1.      Plaintiff, Relator Charles Terrence Bruff, commenced this action for systemic violations of the Medicare Secondary Payor statutes (42 U.S.C. § 1395y) on June 3, 2022. *See* ECF No. 1.

2.      The original complaint was unsealed on February 27, 2025, at which time Plaintiff undertook to effectuate service on the various Defendants, including Caremark RX LLC ("Caremark").

3.      As noted in the pleadings, Caremark RX LLC is a for-profit Pharmacy Benefits Manager incorporated in Delaware, and which administers Mr. Bruff's Part D prescription drug benefits.

4.      Plaintiff served Caremark on May 20, 2025, by serving the Summons and Complaint on Benjamin Lannie, who is designated by law to accept service of process on behalf

of Caremark RX, LLC. A sworn Proof of Service is attached hereto and incorporated herein as Exhibit A.

5. Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

6. Despite service of the Summons and Complaint on May 20, 2025, Caremark has entirely failed to appear in, plead, or otherwise defend this action.

7. Accordingly, Plaintiff Relator Charles Terrence Bruff is entitled to the entry of a default against Caremark.

WHEREFORE Plaintiff Relator Charles Terrence Bruff requests that the Clerk be made to promptly enter a Default against Caremark RX, LLC, and grant such other relief in Plaintiff's favor as may be appropriate under the circumstances.

Dated: December 4, 2025,                     Respectfully submitted,

**ATTORNEYS FOR RELATOR**

ARMAS BERTRAN ZINCONE
4960 SW 72nd Avenue
Suite 206
Miami, Florida 33155
Telephone 786 394 0491
alfred@armaslaw.com

By: */s/J. Alfredo Armas*
J. Alfredo Armas
(Pro hac vice Florida Bar Number: 360708)

By: */s/ Cameron D. Hansen*
Rob Wiley, P.C.
Cameron Hansen
Texas Bar No. 24145047
1011 San Jacinto Blvd., Ste. 401

Austin, TX 78701
Telephone: (512) 271-5527
Facsimile: (512) 201-5527
chansen@robwiley.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was served electronically using the CM/ECF filing system on December 4, 2025.

*/s/ Cameron D. Hansen*