Civil Action No.   **5:22-cv-593**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for  **CAREMARK RX, L.L.C.**
was recieved by me on **5/19/2025:**

☐    I personally served the summons on the individual at *(place)* on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Benjamin Lannie**, who is designated by law to accept service of process on behalf of **CAREMARK RX, L.L.C.** at **450 veterans memorial parkway Suite 7A, East Providence, RI 02914** on **05/20/2025 at 9: 55 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  05/20/2025

_____
*Server's signature*

**Peter King**
*Printed name and title*

**200 Middle Hwy**
**Unit 209**
**Barrington, RI 02806**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, PLAINTIFF THE UNITED STATES OF AMERICA EX REL., CHARLES TERRENCE BRUFF'S ORIGINAL COMPLAINT, to Benjamin Lannie who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**




Tracking #: **0170270874**