UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF<br>*Plaintiff,*<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, CAREMARK RX, L.L.C., OPTUMRX, INC. and EXPRESS SCRIPTS, INC.<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:22-cv-593-DAE |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Notice is hereby given that David M. Prichard and Jillian C. Beck of the law firm Prichard Oliver Montpas, LLP enter their appearance as counsel of record on behalf of Defendant Caremark RX, LLC.

Mr. Prichard and Ms. Beck are admitted in the United States District Court for the Western District of Texas. Defendant Caremark RX, LLC respectfully requests that all future correspondence and service of documents be served upon Mr. Prichard and Ms. Beck as follows:

David M. Prichard
Jillian C. Beck
**Prichard Oliver Montpas LLP**
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7400
(210) 477-7450 – Fax
dprichard@pomllp.com
jbeck@pomllp.com

Dated:  December 8, 2025

/s/ *David M. Prichard*
David M. Prichard
State Bar No. 16317900
(210) 477-7401 [Direct]
Email: dprichard@pomllp.com
Jillian C. Beck

State Bar No. 24082672
(210) 477-7405 [Direct]
Email: jbeck@pomllp.com
**PRICHARD OLIVER MONTPAS, LLP**
Union Square, Suite 600
10101 Reunion Place
San Antonio, TX 78216
(210) 477-7400 [Telephone]
(210) 477-7450 [Fax]

**ATTORNEYS FOR DEFENDANT**
**CAREMARK RX, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically on all counsel of record using the CM/ECF filing system on December 8, 2025.

/s/ *David M. Prichard*
David M. Prichard