# EXHIBIT 1

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| *ex rel.* CHARLES TERRENCE BRUFF | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 5:22-CV-593-DAE |
| | § | |
| UNITED SERVICES AUTOMOBILE | § | |
| ASSOCIATION, CAREMARK RX, | § | |
| L.L.C., OPTUMRX, INC. and EXPRESS | § | |
| SCRIPTS, INC. | § | |
| *Defendants.* | § | |

## **Declaration of Brian I. Urbano**

1. I, Brian I. Urbano, am an in-house attorney for Caremark RX, LLC. I am responsible for overseeing the action captioned *United States ex rel. Bruff v. USAA, et al.*, No. 5:22-cv-593 (W.D. Tex.).

2. I first learned of this action through conversations with in-house counsel for Defendants USAA and OptumRX in or around March 2025.

3. Neither at that time, nor at any point since, did I receive any indication that Relator's original or amended complaint was served on Caremark RX, LLC.

4. I monitored internally for any indication that Relator served his complaint on Caremark RX, LLC. Caremark RX, LLC has no record of Relator serving either of his complaints on one of its officers or managing agents.

5. CT Corporation is Caremark RX, LLC's registered agent. I understand that, as a matter of course, CT Corporation informs Caremark RX, LLC as quickly as practicable when it receives service in any matter involving Caremark RX, LLC. CT Corporation never informed Caremark RX, LLC that it had received service of either of Relator's complaints.

6. I nevertheless asked CT Corporation specifically whether Relator had served a complaint on Caremark RX, LLC. I made such an inquiry on May 2, 2025 and again on December 4, 2025. Each time I asked, CT Corporation confirmed that it had no record of Caremark RX, LLC being served in this case.

7. Late in the afternoon of December 5, 2025, I learned that Relator filed a motion for default, asserting that he served his complaint on Caremark RX, LLC on May 20, 2025. I am not aware of any attempt by Relator to serve that motion on Caremark RX, LLC

directly or through its registered agent, or to provide it to any outside counsel for Caremark RX, LLC.

8. After learning of that motion, I again inquired internally and with CT Corporation. Neither Caremark RX, LLC nor CT Corporation has any record of receiving either of Relator's complaints.

9. Caremark RX, LLC disputes the allegations in Relator's complaint and intends to defend itself vigorously.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of December, 2025, in New Jersey.

