UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| *ex rel.* CHARLES TERRENCE BRUFF | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 5:22-cv-593-DAE |
| | § | |
| UNITED SERVICES AUTOMOBILE | § | |
| ASSOCIATION, CAREMARK RX, | § | |
| L.L.C., OPTUMRX, INC. and EXPRESS | § | |
| SCRIPTS, INC. | § | |
| *Defendants.* | § | |

## ORDER DENYING RELATOR CHARLES BRUFF'S MOTION FOR DEFAULT AND GRANTING CAREMARK, RX'S CROSS-MOTION TO DISMISS FOR LACK OF PROSECUTION

On this date, the Court considered Relator Charles Bruff's Motion for Default and Defendant Caremark RX, LLC's Cross-Motion to Dismiss for Lack of Prosecution. Having considered the parties' submissions, the Court hereby enters the following order:

IT IS ORDERED that Relator's Motion for Default is DENIED.

IT IS FURTHER ORDERED that Defendant Caremark RX, LLC's Cross-Motion to Dismiss for Lack of Prosecution is GRANTED, and all of Relator's claims against Defendant Caremark RX, LLC are DISMISSED.

It is so ORDERED this _____ day of _____ 2025.

_____
HONORABLE DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE