# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

UNITED STATES OF AMERICA ex rel.
CHARLES TERRENCE BRUFF,

vs.

Case No.: 5:22-cv-00593-DAE

USAA INSURANCE AGENCY, INC., CAREMARK RX,
LLC, OPTUMRX, INC., and EXPRESS SCRIPTS, INC.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Adam Joshua Podoll , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas pro hac vice to represent Caremark RX, LLC in this case, and

would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Williams & Connolly LLP with offices at:

   Mailing address: 680 Maine Avenue, S.W.

   City, State, Zip Code: Washington, DC 20024

   Telephone: 202-434-5000 Facsimile: 202-434-5029

2. Since January 11, 2013 , Applicant has been and presently is a member of and in good standing with the Bar of the State of District of Columbia .

   Applicant's bar license number is 1011743 .

3. Applicant has been admitted to practice before the following courts:

   Court:      Admission date:

   Please see the attached addendum

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.   Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:   David Prichard and Jillian Beck of Prichard, Oliver, Montpas

Mailing address:   10101 Reunion Pl #600

City, State, Zip Code:   San Antonio, Texas 87216

Telephone:   (210) 477-7400

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Adam Joshua Podoll to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Adam Joshua Podoll
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 9th day of December, 2025.

Adam Joshua Podoll
[printed name of Applicant]

[signature of Applicant]

# ADDENDUM

I, Adam Joshua Podoll, am a member in good standing and eligible to practice before the following courts:

| Court | Bar Number | Date of Admission |
|---|---|---|
| New York Court of Appeals | 5042254 | 05/25/2012 |
| District of Columbia Court of Appeals | 1011743 | 01/11/2013 |
| US District and Bankruptcy Courts for the District of Columbia | | 01/06/2014 |
| US District Court for the Central District of Illinois | | 08/21/2023 |
| US Court of Appeals for the First Circuit | 1164578 | 06/23/2014 |
| US Court of Appeals for the Second Circuit | | 06/23/2015 |
| US Court of Appeals for the Fourth Circuit | | 01/07/2019 |
| US Court of Appeals for the Sixth Circuit | | 09/06/2016 |
| US Court of Appeals for the Seventh Circuit | | 07/17/2020 |
| US Court of Appeals for the Ninth Circuit | | 08/09/2023 |
| US Court of Appeal for the Federal Circuit | | 03/24/2023 |