# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION

UNITED STATES OF AMERICA ex rel.
CHARLES TERRENCE BRUFF,

vs.                                          Case No.: 5:22-cv-00593-DAE

USAA INSURANCE AGENCY, INC., CAREMARK RX,
LLC, OPTUMRX, INC., and EXPRESS SCRIPTS, INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _Adam Joshua Podoll_____, counsel for

_Caremark RX, LLC_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Adam Joshua Podoll_____ may appear on behalf of _Caremark RX, LLC_____

in the above case.

IT IS FURTHER ORDERED that _Adam Joshua Podoll_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE