# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION

UNITED STATES OF AMERICA ex rel.
CHARLES TERRENCE BRUFF,

vs.

USAA INSURANCE AGENCY, INC., CAREMARK RX,
LLC, OPTUMRX, INC., and EXPRESS SCRIPTS, INC.

Case No.: 5:22-cv-00593-DAE

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Adam Joshua Podoll _____, counsel for

Caremark RX, LLC _____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Adam Joshua Podoll _____ may appear on behalf of Caremark RX, LLC _____

in the above case.

IT IS FURTHER ORDERED that Adam Joshua Podoll _____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court,** in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the ___10th___ day of ___December___, 20_25___.

_____
David Alan Ezra
Senior United States District Judge