**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *ex rel.* CHARLES TERRENCE BRUFF, | § | |
| | § | |
| *Plaintiff-Relator*, | § | |
| v. | § | Civil Action No. 5:22-cv-593-DAE |
| | § | |
| UNITED SERVICES AUTOMOBILE | § | |
| ASSOC., *et al.,* | § | |
| | § | |
| *Defendants*. | § | |

### <u>USAA'S MOTION TO WITHDRAW MEGAN BEN'ARY AS ATTORNEY OF RECORD</u>

**NOW INTO COURT,** through undersigned counsel, comes Defendant United Services Automobile Association ("USAA") and moves to withdraw attorney Megan Ben'Ary from representation of USAA in this matter. Pursuant to Local Rule AT-3, Megan Ben'Ary is no longer with the law firm McGlinchey Stafford, PLLC and is withdrawing due to her transition to a new firm. The law firm McGlinchey Stafford, PLLC and lawyers T. Dylan Reeves, Will Wojcik, and Morgan Kelley will remain counsel of record for USAA in this matter.

**WHEREFORE**, USAA respectfully requests that the Court grant its Motion to Withdraw and issue an order withdrawing Megan Ben'Ary as attorney of record for USAA.

Respectfully submitted,

**McGLINCHEY STAFFORD, PLLC**

*/s/ Morgan E. Kelley*
Morgan E. Kelley
*Admitted Pro Hac Vice*
Louisiana Bar No. 38299
601 Poydras St., Ste. 1200
New Orleans, LA 70130
Phone: 504-596-2755
Email: mkelley@mcglinchey.com

T. Dylan Reeves
Texas Bar No. 24070483
6688 N Central Expwy., Ste. 400
Dallas, Texas 75206
Phone: 615-762-9050
Email: dreeves@mcglinchey.com

William G. Wojcik
*Admitted Pro Hac Vice*
Tennessee Bar No. 033634
333 Commerce St., Ste. 1425
Nashville, TN 37201
Phone: 615-762-9048
Email: wwojcik@mcglinchey.com

*Attorneys for Defendant United Services
Automobile Association*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025, a copy of the above and foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will forward notice of this filing to all counsel of record.

*/s/ Morgan E. Kelley*