UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA<br>*ex rel.* CHARLES TERRENCE BRUFF<br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE<br>ASSOCIATION, CAREMARK RX,<br>L.L.C., OPTUMRX, INC. and EXPRESS<br>SCRIPTS, INC.<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:22-cv-593-DAE |

## JOINT STIPULATION CONCERNING CAREMARK RX, LLC'S RESPONSE TO AMENDED COMPLAINT

**WHEREAS**, Relator's original complaint was unsealed on February 27, 2025, and Relator filed an amended complaint on July 21, 2025.

**WHEREAS**, Relator filed a Motion for Default against Caremark RX, LLC ("Caremark") on December 4, 2025.

**WHEREAS**, Caremark filed an Opposition and Cross-Motion to Dismiss on December 8, 2025.

**WHEREAS**, Caremark and Relator have conferred and agree that both Relator and Caremark will stipulate to the denial of their motions, and Caremark will respond to Relator's amended complaint no later than February 9, 2026.

**NOW THEREFORE**, the parties jointly request that the Court enter the attached proposed order denying both parties' motions and setting a response date of February 9, 2026 for Caremark.

Respectfully submitted,

*/s/ David M. Prichard*
David M. Prichard

1

State Bar No. 16317900
(210) 477-7401 [Direct]
Email: dprichard@pomllp.com
Jillian C. Beck
State Bar No. 24082672
(210) 477-7405 [Direct]
Email:  jbeck@pomllp.com
PRICHARD OLIVER MONTPAS, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, TX 78216
(210) 477-7400 [Telephone]
(210) 477-7450 [Fax]

Enu A. Mainigi
Email: emainigi@wc.com
A. Joshua Podoll, *pro hac vice*
Email: apodoll@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

**ATTORNEYS FOR DEFENDANT
CAREMARK RX, LLC**

-and-

**ARMAS BERTRAN ZINCONE**
4960 SW 72nd Avenue
Suite 206
Miami, Florida 33155
Telephone: (401) 598-6594


/s/ *Francesco A. Zincone*
Florida Bar No. 100096
fzincone@armaslaw.com
**Attorney for Plaintiff Relator
Charles Terrence Bruff**

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically on all counsel of record using the CM/ECF filing system on December 11, 2025.

/s/ *David M. Prichard*
David M. Prichard