# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

THE UNITED STATES OF AMERICA §
*ex rel.* CHARLES TERRENCE BRUFF §
              *Plaintiff,* §
               §
        v. §        Case No. 5:22-cv-593-DAE
               §
UNITED SERVICES AUTOMOBILE §
ASSOCIATION, CAREMARK RX, §
L.L.C., OPTUMRX, INC. and EXPRESS §
SCRIPTS, INC. §
              *Defendants.* §

## ORDER DENYING RELATOR CHARLES BRUFF'S MOTION FOR DEFAULT AND CAREMARK, RX, LLC'S CROSS-MOTION TO DISMISS, AND SETTING A RESPONSE DATE FOR CAREMARK RX, LLC

On this date, the Court considered Relator Charles Bruff's Motion for Default, Defendant Caremark RX, LLC's Cross-Motion to Dismiss for Lack of Prosecution, and parties' Joint Stipulation Concerning Caremark RX, LLC's Response to Amended Complaint. Having considered the parties' submissions, the Court hereby enters the following order:

IT IS ORDERED that Relator's Motion for Default is DENIED.

IT IS FURTHER ORDERED that Defendant Caremark RX, LLC's Cross-Motion to Dismiss for Lack of Prosecution is DENIED.

IT IS FURTHER ORDERED that Caremark RX, LLC shall respond to Relator's Amended Complaint no later than February 9, 2026.

It is so ORDERED this _____ day of _____ 2025.

                             _____
                             HONORABLE DAVID ALAN EZRA
                             UNITED STATES DISTRICT JUDGE