UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| *ex rel.* CHARLES TERRENCE BRUFF | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 5:22-cv-593-DAE |
| | § | |
| UNITED SERVICES AUTOMOBILE | § | |
| ASSOCIATION, CAREMARK RX, | § | |
| L.L.C., OPTUMRX, INC. and EXPRESS | § | |
| SCRIPTS, INC. | § | |
| *Defendants.* | § | |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Notice is hereby given that Enu A. Mainigi of the law firm Williams & Connolly, LLP

enters her appearance as counsel of record on behalf of Defendant Caremark RX, LLC.

Ms. Mainigi is admitted in the United States District Court for the Western District of

Texas.  Defendant Caremark RX, LLC respectfully requests that all future correspondence and

service of documents be served upon Ms. Mainigi as follows:

Enu A. Mainigi
**Williams & Connolly LLP**
680 Maine Ave., S.W.
Washington, DC 20024
(202) 434-5000
(202) 434-5029 – Fax
emainigi@wc.com

Dated:  December 11, 2025

/s/ *David M. Prichard*
David M. Prichard
State Bar No. 16317900
(210) 477-7401 [Direct]
Email: dprichard@pomllp.com
Jillian C. Beck
State Bar No. 24082672
(210) 477-7405 [Direct]
Email: jbeck@pomllp.com
**PRICHARD OLIVER MONTPAS, LLP**

Union Square, Suite 600
10101 Reunion Place
San Antonio, TX 78216
(210) 477-7400 [Telephone]
(210) 477-7450 [Fax]

Enu A. Mainigi
Email: emainigi@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

**ATTORNEYS FOR DEFENDANT
CAREMARK RX, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served electronically on all counsel of record using the CM/ECF filing system on December 11, 2025.

/s/ *David M. Prichard*
David M. Prichard