UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA *ex ral.* CHARLES TERRENCE BRUFF, | § § § § | Case No. 5:22-CV-00593- DAE |
| *Plaintiff,* | § § | |
| v. | § § | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, CAREMARK RX, L.L.C., OPTUMRX, INC. and EXPRESS SCRIPTS, INC., | § § § § § | |
| *Defendants.* | § | |

ORDER WITHDRAWING REFERRAL

On December 11, 2025, Plaintiff Bruff's Motion for Default Judgment against Defendant Caremark RX (Dkt. # 70) was referred to Magistrate Judge Bemporad by text order. Later that same day, Defendant Caremark and Plaintiff Bruff filed a joint stipulation, agreeing that both parties' motions be denied.[1] (Dkt. # 76.) In light of this joint stipulation, the order referring the motion to United States Magistrate Henry J. Bemporad, entered on December 11, 2025, is hereby

---

[1] In Defendant Caremark's response, they moved for dismissal of Plaintiff's claims against it for lack of prosecution pursuant to Federal Rule of Civil Procedure 4(m). (Dkt. # 72 at 5–6.)

**WITHDRAWN.** The pending motion (Dkt. # 70) is no longer referred to United States Magistrate Judge Bemporad.

**IT IS SO ORDERED.**

**SIGNED:** San Antonio, Texas, December 12, 2025.

_____
David Alan Ezra
Senior United States District Judge