UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF *Plaintiff,* v. UNITED SERVICES AUTOMOBILE ASSOCIATION, CAREMARK RX, L.L.C., OPTUMRX, INC. and EXPRESS SCRIPTS, INC. *Defendants.* | § § § § § § § § § § § § | Case No. 5:22-cv-593-DAE |

## ORDER DENYING RELATOR CHARLES BRUFF'S MOTION FOR DEFAULT AND CAREMARK, RX, LLC'S CROSS-MOTION TO DISMISS, AND SETTING A RESPONSE DATE FOR CAREMARK RX, LLC

On this date, the Court considered Relator Charles Bruff's Motion for Default, Defendant Caremark RX, LLC's Cross-Motion to Dismiss for Lack of Prosecution, and parties' Joint Stipulation Concerning Caremark RX, LLC's Response to Amended Complaint. Having considered the parties' submissions, the Court hereby enters the following order:

IT IS ORDERED that Relator's Motion for Default (Dkt. # 70) is DENIED.

IT IS FURTHER ORDERED that Defendant Caremark RX, LLC's Cross-Motion to Dismiss for Lack of Prosecution (Dkt. # 72) is DENIED.

IT IS FURTHER ORDERED that Caremark RX, LLC shall respond to Relator's Amended Complaint no later than February 9, 2026.

It is so ORDERED this __12th__ day of __December__ 2025.

_____
David Alan Ezra
Senior United States District Judge