8

DAVID M. PRICHARD
Voice: 210.477.7401
Fax: 210.477.7450
dprichard@pomllp.com

**PRICHARD**
**OLIVER**
**MONTPAS**

January 16, 2026

Phillip Devlin
United States District Clerk's Office                    *Via Efiling*
262 West Nueva St.
San Antonio, TX 78207

      RE:    Case No. 5-22-cv-00593; *Charles Terrence Bruff v. United Services Automobile Assoc., et al;* In the U.S. District Court, Western District of Texas, San Antonio

Dear Mr. Devlin:

    In connection with the above-referenced matter, please allow this letter to serve as my notice of vacation as follows:

August 3, 2026 thru August 31, 2026

    Please do not schedule any depositions, hearings or meetings that would require my attendance during this time. There are no current settings in this matter set for this period of time.

    By e-service of this letter, I am notifying all counsel of record in this case of my vacation schedule. Your time and assistance to avoid any conflicts is greatly appreciated.

                Sincerely,

                David M. Prichard

DMP/kbm