# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTIONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *ex. rel.* **CHARLES TERRENCE BRUFF,** | § § § § | |
| **plaintiff-relator,** | § § | **Case 5:22-cv-593-DAE** |
| **v.** | § § | |
| **USAA INSURANCE AGENCY, INC.,** *et al.***,** | § § § | |
| **defendants.** | § | |

## NOTICE OF APPEARANCE

Please take notice that Michael J. McKleroy hereby enters his appearance as counsel for United Services Automobile Association, improperly named as USAA Insurance Agency, Inc.

Date: January 26, 2026                      Respectfully submitted,


    */s/ Michael J. McKleroy, Jr.*
Michael J. McKleroy, SBN: 24000095
Hinshaw & Culbertson LLP
1717 Main Street, Suite 3625
Dallas, Texas 75201
Telephone: 945.229.6390
Facsimile:  312.704.3001
mmckleroy@hinshawlaw.com

**ATTORNEY FOR USAA**


## CERTIFICATE OF SERVICE

This document was filed electronically via the court's CM/ECF filing system on January 26, 2026, which will send notice of this filing to all counsel of record.


    */s/ Michael J. McKleroy*
Michael J. McKleroy