**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF, <br><br> *Plaintiff-Relator*, <br><br> v. <br><br> USAA INSURANCE AGENCY, INC., *et al.* <br><br> *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 5:22-cv-593-DAE |

## NOTICE OF APPEARANCE OF MEGAN S. BEN'ARY

Please take notice that Megan Ben'Ary of Hinshaw & Culbertson LLP, previously admitted *pro hac vice* in this matter by Order dated July 2, 2025 (Doc. 42), hereby reenters her appearance as counsel for United Services Automobile Association.


Dated: January 27, 2026         Respectfully submitted,

                                         */s/ Megan S. Ben'Ary*
                                         Megan S. Ben'Ary
                                         HINSHAW & CULBERTSON LLP
                                         700 12th Street NW, Suite 700
                                         Washington, DC 20005
                                         (202) 979-5282
                                         mbenary@hinshawlaw.com

                                         *Attorney for United Services Automobile Association*

**<u>CERTIFICATE OF SERVICE</u>**

This document was filed electronically via the court's CM/ECF filing system on January 27, 2026, which will send notice of this filing to all counsel of record.

/s/ *Megan S. Ben'Ary*
Megan S. Ben'Ary
