# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *ex rel.* CHARLES TERRENCE BRUFF, | § | |
| | § | |
| *Plaintiff-Relator*, | § | |
| v. | § | Civil Action No. 5:22-cv-593-DAE |
| | § | |
| UNITED SERVICES AUTOMOBILE | § | |
| ASSOC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## USAA'S MOTION TO WITHDRAW MORGAN KELLEY AS ATTORNEY OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Defendant United Services Automobile Association ("USAA") and moves to withdraw attorney Morgan Kelley from representation of USAA in this matter. Pursuant to Local Rule AT-3, Morgan Kelley is no longer with the law firm McGlinchey Stafford, PLLC and is withdrawing due to her transition to a new place of employment. Attorney Megan Ben'Ary of the law firm Hinshaw & Culbertson LLP will remain counsel of record for USAA in this matter.

**WHEREFORE**, USAA respectfully requests that the Court grant its Motion to Withdraw and issue an order withdrawing Morgan Kelley as attorney of record for USAA.

Respectfully submitted,

**McGLINCHEY STAFFORD, PLLC**

*/s/ Morgan E. Kelley*
Morgan E. Kelley
*Admitted Pro Hac Vice*
Louisiana Bar No. 38299
601 Poydras St., Ste. 1200
New Orleans, LA 70130
Phone: 504-596-2755
Email: mkelley@mcglinchey.com


*Attorney for Defendant United Services
Automobile Association*


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 30, 2026, a copy of the above and foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will forward notice of this filing to all counsel of record.

*/s/ Morgan E. Kelley*