# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* CHARLES TERRENCE BRUFF,<br><br>  *Plaintiff-Relator*,<br>v.<br><br>UNITED SERVICES AUTOMOBILE<br>ASSOC., *et al.,*<br><br>  *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 5:22-cv-593-DAE |

## ORDER GRANTING USAA'S MOTION TO WITHDRAW COUNSEL

Before the Court is Defendant United Services Automobile Association's Motion to Withdraw Morgan Kelley as attorney of record. After consideration of the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Morgan Kelley (#38299) is hereby withdrawn as counsel for Defendant United Services Automobile Association.

San Antonio, Texas, this _____ day of February 2026.

_____
UNITED STATES DISTRICT JUDGE