**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF, | § § § § | |
| *Plaintiff-Relator*, | § | |
| v. | § | Civil Action No. 5:22-cv-593-DAE |
| | § | |
| UNITED SERVICES AUTOMOBILE ASSOC., *et al.,* | § § § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING USAA'S MOTION TO WITHDRAW COUNSEL

Before the Court is Defendant United Services Automobile Association's Motion to Withdraw Morgan Kelley as attorney of record. After consideration of the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Morgan Kelley (#38299) is hereby withdrawn as counsel for Defendant United Services Automobile Association.

San Antonio, Texas, this 9th day of February, 2026.

_____

David Alan Ezra
Senior United States District Judge