| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | No. 5:22-cv-593-DAE |
| *ex rel.*, CHARLES TERRENCE BRUFF, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v- | § | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION. | § | |
| CAREMARK RX, L.L.C., OPTUMRX, INC, | § | |
| and EXPRESS SCRIPTS, INC., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO CAREMARK RX, LLC'S MOTION TO DISMISS [D.E. 86]

Pursuant to Fed. R. Civ. P. 6(b)(1), Relator Charles Terrence Bruff hereby moves for a 14-day extension of time to respond to Defendant Caremark RX, LLC's Motion to Dismiss, [D.E. 86], which is currently due on Monday, February 23, 2026. In support of its Motion, Mr. Bruff states:

1. This case arises from a whistleblower lawsuit filed by Mr. Bruff against his employer's group health plan for allowing false claims to be submitted to the government, [D.E. 48]. Caremark RX, LLC, is a pharmacy benefit manager which administers certain aspects of employee group health plans.

2. Mr. Bruff averred to have served Caremark RX, LLC, on May 20, 2025, and subsequently moved for the entry of a default against that Defendant. [D.E. 70]. Caremark contested the grounds for Default, and the Parties mutually agreed,

without need for Court intervention, to an extended deadline for Caremark to respond to Relator's Amended Complaint. *See* D.E. 76.

3. On February 9, 2026, Caremark filed a Motion to Dismiss the Amended Complaint as to Caremark. [D.E. 86].

4. For multiple reasons, Relator requires an extension of his deadline to respond to that Motion. *First*, since the filing of the Motion to Dismiss, counsel for Relator have been in the midst of complying with imminent pre-trial and discovery deadlines in two matters set for trial in April. *Second*, Relator is in the process of substituting his local counsel, Cameron Hansen, and expects to be able to complete that substitution with the appearance of successor local counsel over the next ten (10) days.

5. Under the circumstances, Mr. Bruff requires a 14-day extension of the current response deadline, through and including March 9, 2026.

6. This extension is sought in good faith and not for purposes of delay or any other improper purpose.

7. Counsel for Mr. Bruff has conferred with counsel for Caremark RX, LLC regarding this Request. Counsel for Caremark confirmed that Caremark does not object to or oppose this Motion and consents to the requested extension. Caremark RX, LLC has requested a similar 14-day extension of its Reply deadline—an extension to which Mr. Bruff similarly consents.

WHEREFORE, Relator respectfully requests that the Court grant a 14-day extension of time for the filing of Relator's response to Caremark RX, LLC's Motion to Dismiss, [D.E. 86], through and including Monday, March 9, 2026.

Dated: February 23, 2026

Respectfully submitted,

**ATTORNEYS FOR RELATOR**

ARMAS BERTRAN ZINCONE
4960 SW 72nd Avenue
Suite 206
Miami, Florida 33155
Telephone 786 394 0491
alfred@armaslaw.com

By: */s/ Francesco A. Zincone*
Francesco A. Zincone
(Pro hac vice Florida Bar Number: 100096)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically using the CM/ECF filing system on February 23, 2026.

*/s/ Francesco A. Zincone*