UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA *ex rel.*, CHARLES TERRENCE BRUFF, | § § § | No. 5:22-cv-593-DAE |
| Plaintiff, | § § | |
| v- UNITED SERVICES AUTOMOBILE ASSOCIATION. CAREMARK RX, L.L.C., OPTUMRX, INC, and EXPRESS SCRIPTS, INC., | § § § § § | |
| Defendants. | § | |

## ORDER GRANTING RELATOR'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT <u>CAREMARK RX, LLC'S MOTION TO DISMISS</u>

Before the Court is Relator Charles Terrence Bruff's Motion for Extension of Time to Respond to Defendant Caremark RX, LLC's Motion to Dismiss. After consideration of the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED.

THEREFORE, IT IS ORDERED that Relator's deadline to respond to the Motion to Dismiss is hereby extended by 14 days through and including Monday, March 9, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE