# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

UNITED STATES OF AMERICA *ex rel.*,
CHARLES TERRENCE BRUFF,

     Plaintiff-Relator,

vs.                        No.: 5:22-cv-593-DAE

USAA INSURANCE AGENCY, INC.,
CAREMARK RX, LLC, OPTUMRX,INC.,
and EXPRESS SCRIPTS,INC.,

     Defendants.

### ORDER DENYING DEFENDANT CAREMARK RX, LLC'S
### MOTION TO DISMISS (DKT. #86)

Before the Court is a Motion to Dismiss filed by Defendant Caremark RX, LLC ("Caremark"). (Dkt. #86). After careful consideration of the memoranda filed in support of and in opposition to the motion, the Court **DENIES** Defendant's Motion to Dismiss in its entirety. Caremark shall answer the First Amended Complaint within fourteen (14) days of the date of this Order.

**IT IS SO ORDERED.**

**Dated:** San Antonio, Texas, _____, 2026.

_____
Hon. David Alan Ezra
Senior United States District Judge