**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, CHARLES TERRENCE BRUFF, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No: 5:22-CV-00593-DAE |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, *et al.*, | § § § | |
| Defendants. | § § § | |

**DEFENDANT CAREMARK RX, L.L.C.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

TO SENIOR UNITED STATES DISTRICT JUDGE DAVID A. EZRA:

Caremark RX, L.L.C. ("Caremark") hereby moves for a 14-day extension of time to file its Reply in Support of its Motion to Dismiss Pursuant to Rule 12(b)(6), Dkt. 86, which currently is due March 16, 2026. Caremark has not previously sought an extension of its deadline to file its Reply. In support of its motion, Caremark states:

1. Relator Charles T. Bruff filed this lawsuit under seal on June 3, 2022.

2. On February 27, 2025, this Court unsealed the Complaint, and Relator filed an Amended Complaint on July 21, 2025.

3. Pursuant to the parties' agreement, Caremark filed its Motion to Dismiss Pursuant to Rule 12(b)(6) on February 9, 2026.

4. Relator subsequently requested a 14-day extension of time to respond to Caremark's motion, which otherwise would have been due on February 23, 2026. Caremark agreed to Relator's request if Relator would consent to a corresponding 14-day extension of time for Caremark to file its Reply.

1

5. On February 23, 2026, Relator requested a 14-day extension of time to respond to Caremark's motion to dismiss and stated that he consented to a similar 14-day extension of Caremark's deadline to file its Reply. Dkt. 87. The Court granted Relator's request on February 24, 2026.

6. Absent an extension, Caremark's deadline to file its Reply is March 16, 2026.

7. Caremark accordingly requests that the Court grant Caremark a similar 14-day extension of time to file its Reply to March 30, 2026. This modest extension request is made in good faith and not for the purpose of delay, and it would allow Caremark to prepare a concise Reply brief that will better facilitate this Court's consideration of the issues raised in Caremark's Motion to Dismiss.

Caremark accordingly requests that the Court grant a 14-day extension of time for Caremark to file its Reply in Support of its Motion to Dismiss Pursuant to Rule 12(b)(6), through and including Monday, March 30, 2026.

Date: March 11, 2026

Respectfully submitted,

*/s/ David M. Prichard*
David M. Prichard
State Bar No. 16317900
(210) 477-7401 [Direct]
Email: dprichard@pomllp.com
Jillian C. Beck
State Bar No. 24082672
(210) 477-7405 [Direct]
Email: jbeck@pomllp.com
Prichard Oliver Montpas, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, TX 78216
(210) 477-7400 [Telephone]
(210) 477-7450 [Fax]

-and-

**WILLIAMS & CONNOLLY LLP**

By: */s/ Enu A. Mainigi*
    Enu A. Mainigi

Enu A. Mainigi
D.C. Bar No. 454012
Email: EMainigi@wc.com
A. Joshua Podoll (*pro hac vice*)
D.C. Bar No. 1011743
Email: APodoll@wc.com
680 Maine Avenue SW
Washington, DC 20024
Tel.   (202) 434-5000
Fax    (202) 434-5029

*Attorneys for Defendant Caremark RX, L.L.C.*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on February 20, 2026, counsel for Defendant Caremark Rx, L.L.C., conferred via e-mail with counsel for Relator, who consented to the relief sought in this Motion.

*/s/ David M. Prichard*
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of March 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send electronic notice of filing to all counsel of record.

*/s/ David M. Prichard*
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, CHARLES TERRENCE BRUFF, <br><br> Plaintiff, <br><br> v. <br><br> UNITED SERVICES AUTOMOBILE ASSOCIATION, *et al.*, <br><br> Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No: 5:22-CV-00593-DAE |

## [PROPOSED] ORDER GRANTING DEFENDANT CAREMARK RX, L.L.C.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Before the Court is Defendant Caremark Rx, L.L.C.'s Unopposed Motion for Extension of Time to File Reply in Support of its Motion to Dismiss Pursuant to Rule 12(b)(6). After considering Caremark's motion and the reasons submitted therein, the Court hereby GRANTS Caremark's motion.

THEREFORE, IT IS ORDERED that Caremark's deadline to file is Reply in Support of its Motion to Dismiss Pursuant to Rule 12(b)(6) is hereby extended through and including Monday, March 30, 2026.

_____

UNITED STATES DISTRICT COURT JUDGE