**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**   ▾

THE UNITED STATES OF AMERICA ex rel.
CHARLES TERRENCE BRUFF

vs.                                     Case No.:  5:22-cv-593-DAE

UNITED STATES AUTOMOBILE ASSOCIATION,
CAREMARK RX, L.L.C., OPTUMRX, INC., and
EXPRESS SCRIPTS, INC.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Alexander Gazikas _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Caremark RX, LLC _____ in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

Williams & Connolly LLP _____ with offices at:

Mailing address:  680 Maine Avenue, S.W. _____

City, State, Zip Code:  Washington, DC 20024 _____

Telephone:  202-434-5000 _____       Facsimile:  202-434-5029 _____

2.  Since  December 18, 2017 _____, Applicant has been and presently is a

member of and in good standing with the Bar of the State of District of Columbia _____.

Applicant's bar license number is  241725 _____.

3.  Applicant has been admitted to practice before the following courts:

Court:                                  Admission date:

Please see attached addendum _____      _____

_____              _____

_____              _____

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.  I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: David M. Prichard and Jillian Beck of Prichard Oliver Montpas, LLP

Mailing address: 10101 Reunion Place, Suite 600

City, State, Zip Code: San Antonio, Texas 78216

Telephone: (210) 477-7400

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Alexander Gazikas to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Alexander Gazikas
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 30th day of March , 2026 .

Alexander Gazikas
[printed name of Applicant]

[signature of Applicant]

# ADDENDUM

I, Alexander Gazikas, am a member in good standing and eligible to practice before the following courts:

| Court | Bar Number | Date of Admission |
|---|---|---|
| District of Columbia | 241725 | 12/18/2017 |
| US District Court for the District of Columbia | 241725 | 02/03/2023 |
| US Court of Appeals for the Eleventh Circuit | | 07/09/2021 |
| US Court of Appeals for the Sixth Circuit | | 08/07/2020 |
| US Court of Appeals for the Third Circuit | | 05/11/2023 |
| US Court of Appeals for the Federal Circuit | | 07/02/2024 |
| US Court of Appeals for the D.C. Circuit | 65493 | 08/05/2024 |
| Supreme Court of the United States | 318175 | 03/22/2023 |