# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION  ▾

THE UNITED STATES OF AMERICA ex rel.
CHARLES TERRENCE BRUFF
vs.                                                    Case No.: 5:22-cv-593-DAE

USAA Insurance Company, et al.,

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by    Alexander Gazikas                _____, counsel for

Caremark RXLLC _____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Alexander Gazikas _____ may appear on behalf of Caremark RX, LLC _____

in the above case.

IT IS FURTHER ORDERED that AlexanderGazikas _____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the ___31st___ day of ___March_____, 20_26____.

David Alan Ezra
Senior United States District Judge