UNITED STATES OF AMERICA ex rel.,
CHARLES TERRENCE BRUFF,

    **Plaintiff-Relator,**

vs.                                        **No.: 5:22-cv-593-DAE**

USAA INSURANCE AGENCY, INC.,
CAREMARK RX, LLC, OPTUMRX,INC.,
and EXPRESS SCRIPTS,INC.,

    **Defendants.**

## MOTION TO WITHDRAW

**NOW INTO COURT**, through undersigned counsel, comes Defendant, USAA Insurance Agency, Inc. ("USAA" or "Defendant"), who respectfully move this court to enter an Order to withdraw T. Dylan Reeves (TX. Bar No. 24070483) and William G. Wojcik, II (*admitted pro hac vice,* TN Bar No. 033634) who are currently enrolled as counsel of record for USAA.

**WHEREFORE**, USAA Insurance Agency Inc., moves for an Order permitting T. Dylan Reeves (TX. Bar No. 24070483) and William G. Wojcik, II (*admitted pro hac vice,* TN Bar No. 033634) to withdraw as counsel of record for Plaintiff. Reeves and Wojick no longer represent USAA who will remain represented by other counsel of record.

                                        Respectfully Submitted:

                                        /s/ T. Dylan Reeves
                                        T. Dylan Reeves (TX. Bar No. 24070483)
                                        Willliam G. Wojcik, *admitted pro hac vice*
                                        **SPENCER FANE LLP**
                                        511 Union Street, Suite 1000
                                        Nashville, TN 37219
                                        Telephone:  (615) 238-6300

Facsimile:   (615) 238-6301
dreeves@spencerfane.com
wwojcik@spencerfane.com

**ATTORNEYS FOR**
**USAA INSURANCE AGENCY INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2026, a copy of the above and foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will forward notice of this filing to all counsel of record.

*/s/ T. Dylan Reeves*

UNITED STATES OF AMERICA ex rel.,
CHARLES TERRENCE BRUFF,

    **Plaintiff-Relator,**

vs.                            No.: 5:22-cv-593-DAE

USAA INSURANCE AGENCY, INC.,
CAREMARK RX, LLC, OPTUMRX,INC.,
and EXPRESS SCRIPTS,INC.,

    **Defendants.**

## <u>ORDER</u>

Before the Court is the Motion to Withdraw filed on behalf of Defendant USAA Insurance Agency, Inc. After consideration, the Motion is hereby **GRANTED.**

**IT IS ORDERED** that T. Dylan Reeves (TX. Bar No. 24070483) and William G. Wojcik, II (*admitted pro hac vice,* TN Bar No. 033634) are hereby withdrawn as counsel of record for Defendant USAA Insurance Agency, Inc.

_____
UNITED STATES DISTRICT JUDGE