UNITED STATES OF AMERICA ex rel.,
CHARLES TERRENCE BRUFF,

    **Plaintiff-Relator,**

vs.                                              No.: 5:22-cv-593-DAE

USAA INSURANCE AGENCY, INC.,
CAREMARK RX, LLC, OPTUMRX,INC.,
and EXPRESS SCRIPTS,INC.,

    **Defendants.**

## ORDER

Before the Court is the Motion to Withdraw filed on behalf of Defendant USAA Insurance Agency, Inc. After consideration, the Motion is hereby **GRANTED.**

**IT IS ORDERED** that T. Dylan Reeves (TX. Bar No. 24070483) and William G. Wojcik, II (*admitted pro hac vice,* TN Bar No. 033634) are hereby withdrawn as counsel of record for Defendant USAA Insurance Agency, Inc.

_____
David Alan Ezra
Senior United States District Judge