# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF, | § § § § | |
| *Plaintiff-Relator,* | § § | |
| v. | § § | Civil Action No. 5:22-cv-593-DAE |
| USAA INSURANCE AGENCY, INC., *et al.* | § § § § | |
| *Defendants.* | § | |

## UNOPPOSED MOTION TO WITHDRAW ANTONIO M. POZOS
## AS ATTORNEY OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Optum Rx, Inc. ("Optum") and moves to withdraw attorney Antonio M. Pozos (*admitted pro hac vice*, PA Bar No. 323968) from representation of Optum in this matter.

1.      Pursuant to Local Rule AT-3, Antonio M. Pozos is withdrawing because he has recently been confirmed to serve as a United States District Judge for the Eastern District of Pennsylvania.

2.      The law firm Faegre Drinker Biddle & Reath LLP, including attorneys Eliot T. Burriss and Henry P. Van Dyck, will remain counsel of record for Optum in this matter.

3.      Counsel for Optum have conferred with counsel for Relator, Charles Terrence Bruff, who does not oppose the relief sought.

**WHEREFORE**, Optum respectfully requests that the Court grant its Motion to Withdraw and issue an Order withdrawing Antonio M. Pozos as attorney of record for Optum.

Dated: July 23, 2026

Respectfully submitted,

*/s/ Eliot T. Burriss*
Eliot T. Burriss
FAEGRE DRINKER BIDDLE &
REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500
eli.burriss@faegredrinker.com

Henry P. Van Dyck (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE &
REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5251
henry.vandyck@faegredrinker.com

*Counsel for Defendant Optum Rx, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, a copy of the above and foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will forward notice of this filing to all counsel of record.

*/s/ Eliot T. Burriss*
*ELIOT T. BURRISS*