# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHARLES TERRENCE BRUFF, | § § § | |
| *Plaintiff-Relator*, | § § | |
| v. | § § | Civil Action No. 5:22-cv-593-DAE |
| USAA INSURANCE AGENCY, INC., *et al.* | § § § § § | |
| *Defendants*. | § | |

## [PROPOSED] ORDER GRANTING OPTUM RX, INC.'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Before the Court is Defendant Optum Rx, Inc.'s Motion to Withdraw Antonio M. Pozos as attorney of record. After consideration of the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Antonio M. Pozos (*admitted pro hac vice*, PA Bar No. 323968) is hereby withdrawn as counsel for Defendant Optum Rx, Inc.

San Antonio, Texas, this _____ day of July, 2026.

 

_____

**HON. DAVID ALAN EZRA**
**UNITED STATES DISTRICT JUDGE**