IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA<br>ex rel. CHARLES TERRENCE BRUFF,<br>*Plaintiff-Relator,*<br><br>vs.<br><br>UNITED STATES AUTOMOBILE<br>ASSOCIATION, CAREMARK RX,<br>L.L.C., OPTUMRX, INC., AND<br>EXPRESS SCRIPTS, INC.,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 5:22-CV-593-DAE |

**RELATOR'S ADVISORY TO THE COURT AND MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE DAVID ALAN EZRA, SENIOR UNITED STATES DISTRICT JUDGE:

Plaintiff-Relator Charles Terrence Bruff ("Relator") files this Advisory to the Court and Motion for Extension of Time pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule CV-7(d)(2)(a) respectfully requesting that the Court set a deadline of not less than ninety (90) days for Relator to seek leave to amend his complaint and to move for entry of default and default judgment against Defendant Express Scripts, Inc., and that the Court defer entry of final judgment in the interim. In support, Relator respectfully shows the Court as follows:

**I. BACKGROUND**

Relator filed this *qui tam* action under the False Claims Act, 31 U.S.C. §§ 3729–3733, on June 3, 2022. (Dkt. # 1.) The United States declined to intervene, and the Court ordered the Complaint unsealed on February 27, 2025. (Dkt. # 25.)

On August 18, 2026, the Court entered its Order Granting Defendants' Motions to Dismiss (Dkt. # 96) (the "Order"), dismissing without prejudice all of Relator's claims against Defendants

United Services Automobile Association ("USAA"), Caremark Rx, L.L.C. ("Caremark"), and OptumRx, Inc. ("Optum"). The Order provides that, should Relator wish to amend further, he may do so only by leave of Court. (Order at 20 n.6.) The Order further notes that Defendant Express Scripts, Inc. ("Express Scripts") has not appeared in this action, and that failure to timely move for default may result in the dismissal of Relator's claims against Express Scripts for failure to prosecute. (Order at 20.)

No final judgment has been entered, and neither the Order nor any scheduling order sets a deadline for Relator to seek leave to amend or to move for entry of default against Express Scripts.

## II. ADVISORY

Relator respectfully advises the Court that he intends to take the following actions:

1. Seek leave to amend his complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), attaching a proposed Second Amended Complaint that addresses the deficiencies identified in the Order; and
2. Move for entry of default against Express Scripts pursuant to Federal Rule of Civil Procedure 55(a), and thereafter for default judgment pursuant to Rule 55(b), or otherwise act to resolve Relator's claims against Express Scripts.
3. Relator further advises the Court that he is in the process of transitioning to successor counsel. Because a relator may not prosecute a qui tam action pro se, Relator respectfully requests that the Court afford adequate time for successor counsel to appear before any further deadlines are imposed.

## III. REQUEST FOR EXTENSION OF TIME

Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may, for good cause, extend the time for an act to be done when the request is made before the expiration of the original period.

Because no deadline has yet been set for the actions described above, this request is timely. Good cause supports the request. Specifically, a period of not less than ninety (90) days is reasonably necessary for Relator to retain successor counsel, evaluate the Court's Order, prepare a proposed Second Amended Complaint responsive to the Court's rulings, and submit the appropriate motion under Rule 55.

This request is not made for purposes of delay, but so that justice may be done. No scheduling order has been entered, no trial date has been set, and no party will be prejudiced by the requested extension.

Relator therefore respectfully requests that the Court set a deadline of not less than ninety (90) days from the date of the Court's order granting this Motion, within which Relator may:

1. File a motion for leave to amend, attaching a proposed Second Amended Complaint; and
2. Move for entry of default and default judgment against Express Scripts, or otherwise act to resolve Relator's claims against Express Scripts.

Relator further requests that the Court defer entry of final judgment while that period runs and while any motion filed within it remains pending.

## IV. CONCLUSION AND PRAYER

WHEREFORE, based on the foregoing, Relator respectfully requests that the Court grant this Motion, set a deadline of not less than ninety (90) days from the date of the Court's order for Relator to seek leave to amend and to move for entry of default and default judgment against Express Scripts, defer entry of final judgment in the interim, and grant Relator such other and further relief to which he may be justly entitled.

Respectfully submitted,

**ROB WILEY, P.C.**

*/s/ Cameron Hansen*
Cameron Hansen
TX State Bar No. 24145047
1011 San Jacinto Blvd., STE 401
Austin, TX 78701
Telephone: (214) 389-5589
chansen@robwiley.com

**ARMAS BERTRAN ZINCONE**

*/s/Francesco Zincone*
Francesco Zincone
FL Bar No. 100096
Admitted Pro Hac Vice
4960 SW 72nd Ave., STE 206
Miami, FL 33155
Telephone: (401) 598-6594

**ATTORNEY FOR PLAINTIFF-RELATOR**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7, counsel for Relator conferred with counsel for USAA, Caremark, and Optum by email on September 15, 2026 in a good-faith attempt to resolve the matter by agreement. The undersigned received uniform responses from USAA, Caremark, and Optum. Each of those Defendants takes no position on (but does not consent to) this Motion and the relief sought herein. Also, each of USAA, Caremark, and Optum reserves its rights to oppose Plaintiff Relator's eventual motion for leave to amend once it has been filed along with his proposed Second Amended Complaint. Express Scripts has not appeared in this action, and conferral with it was therefore not possible.

*/s/Francesco Zincone*
Francesco Zincone

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system. A copy was also served on Express Scripts, Inc. by certified mail, return receipt requested, through its registered agents Shannon Miller, at 251 Little Falls Drive, Wilmington, DE 19808 and CT CORPORATION SYSTEM at 350 N. St. Paul Street, Dallas, TX 7520.

*/s/ Cameron Hansen*
Cameron Hansen