IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA<br>ex rel. CHARLES TERRENCE BRUFF,<br>*Plaintiff-Relator,*<br><br>vs.<br><br>UNITED STATES AUTOMOBILE ASSOCIATION, CAREMARK RX, L.L.C., OPTUMRX, INC., AND EXPRESS SCRIPTS, INC.,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 5:22-CV-593-DAE |

**ORDER GRANTING RELATOR'S MOTION FOR EXTENSION OF TIME**

Before the Court is Relator's Advisory to the Court and Motion for Extension of Time (the "Motion"). Having considered the Motion, the Court finds that good cause exists and that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Relator shall have through and including ninety (90) days following the entry of this Order to:

1. File a motion for leave to amend, attaching a proposed Second Amended Complaint; and
2. Move for entry of default and default judgment against Defendant Express Scripts, Inc., or otherwise act to resolve Relator's claims against Express Scripts, Inc.

**IT IS FURTHER ORDERED** that entry of final judgment is deferred while the foregoing period runs and while any motion timely filed within that period remains pending.

**IT IS SO ORDERED.**

DATED: ____________, 202_.

______________________________
David Alan Ezra
Senior United States District Judge