**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA ex rel. CHARLES TERRENCE BRUFF, Plaintiff-Relator, | § | |
| vs. | § | NO. 5:22-CV-593-DAE |
| UNITED STATES AUTOMOBILE ASSOCIATION, CAREMARK RX, L.L.C., OPTUMRX, INC., AND EXPRESS SCRIPTS, INC., Defendants. | § | |

**ORDER ON LOCAL COUNSEL'S MOTION TO WITHDRAW**

Before the Court is Local Counsel's Motion to Withdraw as Counsel for Plaintiff-Relator. Having considered the Motion, the Court finds good cause and GRANTS the Motion.

IT IS ORDERED that Cameron Hansen and Rob Wiley, P.C. are WITHDRAWN as counsel of record for Plaintiff-Relator Charles Terrence Bruff. Relator remains represented by J. Alfredo Armas, Eduardo Bertran, Francesco Zincone, and Armas Bertran Zincone.

IT IS SO ORDERED.

SIGNED this ____ day of ____________, 2026.

______________________________
David Alan Ezra
Senior United States District Judge